IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>SOUL VAPOR, LLC; and )<br>AURELIUS JEFFREY, )<br>)<br>   Defendants. ) | Case No. 1:22-cv-00458<br><br>JUDGE DAVID A. FABER |

### UNITED STATES' MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56(a), Plaintiff United States of America respectfully moves for summary judgment on its Federal Food, Drug, and Cosmetic Act claims against Defendants Soul Vapor, LLC and Aurelius Jeffrey concerning their: (1) causing a tobacco product to become adulterated or misbranded while it is held for sale after shipment of one or more of its components in interstate commerce; and (2) submission of information required by or under FDCA respecting a tobacco product that was materially false. The United States attaches Exhibits A through C in support of this motion. *See* Ex. A (Decl. of Elenita Ibarra-Pratt) dated Feb. 10, 2023; Ex. B (Decl. of Matthew McNew) dated Feb. 10, 2023; Ex. C (Decl. of Nathan Everly) dated Feb. 10, 2023. As explained in the accompanying memorandum of law, there is no genuine dispute of material fact, and the United States is entitled to judgment as a matter of law.

A proposed order is attached.

Respectfully submitted,

| | |
|---|---|
| BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br>Civil Division | WILLIAM S. THOMPSON<br>United States Attorney<br>Southern District of West Virginia |
| ARUN G. RAO<br>Deputy Assistant Attorney General | s/ Jennifer M. Mankins<br>JENNIFER M. MANKINS<br>W. Va. Bar No. 9959 |
| AMANDA N. LISKAMM<br>Director<br>Consumer Protection Branch | Assistant United States Attorney<br>United States Attorney's Office<br>300 Virginia Street East, Room 4000<br>Charleston, WV 25301 |
| s/ Ellen Bowden McIntyre<br>ELLEN BOWDEN MCINTYRE<br>TN Bar No. 23133<br>Trial Attorney<br>P.O. Box 386<br>Washington, D.C. 20044<br>Phone: (202) 451-7731<br>Ellen.Bowden.McIntyre@usdoj.gov | Phone: (304) 345-2200<br>Fax: 304-347-5443<br>Email: Jennifer.Mankins@usdoj.gov |

OF COUNSEL:

MARK RAZA
Chief Counsel
United States Food and Drug Administration

PERHAM GORJI
Deputy Chief Counsel for Litigation

WILLIAM THANHAUSER
Associate Chief Counsel for Enforcement
United States Department of
Health and Human Services
Office of the General Counsel
Food and Drug Division
10903 New Hampshire Avenue
Silver Spring, MD 20993-0002

## CERTIFICATE OF SERVICE

I, Ellen Bowden McIntyre, hereby certify that I electronically filed the foregoing with the Clerk of Court using the Court's CM/ECF system, which will send notification to all counsel of record in this action.

s/ Ellen Bowden McIntyre
ELLEN BOWDEN MCINTYRE
Trial Attorney
Department of Justice
