# EXHIBIT A

## Elenita Ibarra-Pratt Declaration

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>SOUL VAPOR, LLC, a corporation, and AURELIUS JEFFREY, an individual,<br><br>Defendants. | Civil No. 1:22-cv-00458<br><br>**DECLARATION OF ELENITA IBARRA-PRATT** |

I, Elenita Ibarra-Pratt, declare as follows:

1. I am the Deputy Director for Regulatory Affairs in the Office of Compliance and Enforcement ("OCE"), Center for Tobacco Products ("CTP"), United States Food and Drug Administration ("FDA"), located at 10903 New Hampshire Avenue, Silver Spring, Maryland 20993.[1] I have held this position since May 2022. I was the Director of OCE's Division of Promotion, Advertising, and Labeling ("DPAL") from February 2011 to May 2022, and I began my work at OCE in March 2010, as a Group Leader in DPAL.

2. I have a Bachelor of Science in Nursing from the University of Hawaii at Manoa, and I have a Master's in Public Health from San Diego State University.

3. OCE's responsibilities include, among other things, implementing and enforcing the Federal Food, Drug, and Cosmetic Act (the "Act"), as amended by the Family Smoking Prevention and Tobacco Control Act, and its implementing regulations. The Act and its regulations, among other things, impose requirements and restrictions on the sale,

[1] There is currently no Director for Regulatory Affairs in OCE, and, thus, Ms. Ibarra-Pratt is the highest ranking official in that Office.

manufacturing, and marketing of tobacco products. OCE is also responsible for monitoring retailer, manufacturer, importer, and distributor compliance with the Act and its implementing regulations and taking corrective action as appropriate; contracting with states and territories to conduct compliance check inspections of tobacco product retailers; coordinating with FDA's Office of Regulatory Affairs, Tobacco Operations Staff to conduct tobacco product manufacturer inspections; initiating administrative enforcement actions for documented violations of the law; coordinating compliance and judicial enforcement activities relating to tobacco products; and conducting compliance reviews of tobacco product document submissions.

4. As OCE's Deputy Director for Regulatory Affairs, my responsibilities include leading and managing inspections and investigations of tobacco product manufacturers (including, *e.g.*, vape shops), distributors, and importers; reviewing inspectional reports for determining compliance with the Act and applicable regulations; conducting pre-market and post-market compliance reviews and reviews of other regulatory submissions; and supporting regulatory and enforcement actions relating to tobacco products.

5. In my official capacity, I have gained personal knowledge about the Act and its implementing regulations governing tobacco products and CTP's tobacco products enforcement program, including how CTP investigates violations of the laws regarding tobacco products and initiates enforcement actions. I also have personal knowledge regarding CTP's premarket authorization requirements under section 910 of the Act (21 U.S.C. § 387j) for new tobacco products, and CTP's domestic establishment registration requirements under section 905(b) of the Act (21 U.S.C. § 387e(b)). I am familiar with the information processing, filing, and other recordkeeping duties performed by FDA employees relating to tobacco products, and I have access to the agency databases containing information on the registration of domestic

establishments, the listing of tobacco products, tobacco compliance and enforcement actions, and tobacco product marketing applications.

6. The records discussed below regarding FDA's compliance actions and conversations with Defendants regarding their tobacco products operations are information that FDA collects as part of its regularly conducted business activity. For compliance and enforcement actions, it is FDA's regular practice to upload and store such records in an FDA internal database, known as the Compliance Management System ("CMS"), which is in the Office of Regulatory Affairs' custody and control and allows users to develop a compliance or enforcement action and store supporting evidence in an electronic format within a centralized module. The information is then retained and accessible to all FDA organizational units involved in the action. The records discussed herein were collected as part of FDA's regularly conducted business activities and, consistent with FDA's regular practice, have been uploaded to, and stored in, CMS.

7. The agency databases with which I am familiar and have access to include:

a. Inventory Tracking Recording and Control ("iTRAC"), a portal that houses all firm submissions;

b. Image, a central repository that contains tobacco product submissions (including premarket tobacco product applications ("PMTAs")), correspondence, and FDA's reviews relating to such submissions;

c. Tobacco Registration & Product Listing Module Next Generation ("TRLM-NG"), a system through which persons engaged in the manufacture, preparation, compounding, or processing of tobacco products are required to register domestic establishments and list products; and

d. Office of Science Information Regulatory Information System ("OSiRIS"), a database that houses information on regulatory submissions made to CTP under the substantial equivalence ("SE") pathway for new tobacco products, including reports submitted under 21 U.S.C. § 387e(j) for new tobacco products ("SE reports"); information on regulatory submissions made to CTP under the SE exemption pathway for new tobacco products, including exemption requests submitted under 21 C.F.R. § 1107.1 ("exemption requests") and abbreviated reports submitted under 21 U.S.C. § 387e(j)(1) ("abbreviated report") for new tobacco products; and orders issued by FDA under the SE and SE exemption pathways.

8. The statements in this declaration are based upon my experience, personal knowledge, and official FDA business records relating to Defendants. The exhibits attached to this declaration are all true and accurate copies of official FDA records that are accessible to me or are in my custody or control in my official capacity. FDA makes and retains these business records in the ordinary course of its regulatory duties.

**Regulatory Background**

9. The Act defines "tobacco product" as "any product made or derived from tobacco, or containing nicotine from any source, that is intended for human consumption, including any component, part, or accessory of a tobacco product." 21 U.S.C. § 321(rr).

10. Electronic nicotine delivery systems ("ENDS") products, which "include devices, components, and/or parts that deliver aerosolized e-liquid when inhaled," are "tobacco products" under the Act. FDA, *Guidance for Industry: Enforcement Priorities for Electronic Nicotine Delivery Systems (ENDS) and Other Deemed Products on the Market Without Premarket Authorization (Revised)** (Apr. 2020), 9, https://perma.cc/WN8P-EHU6. E-liquids "are a type of

ENDS product and generally refer to liquid nicotine and nicotine-containing e-liquids (*i.e.*, liquid nicotine combined with colorings, flavorings, and/or other ingredients)." *Id.* at 10.

11. The Act defines "new tobacco product" to include "any tobacco product . . . that was not commercially marketed in the United States as of February 15, 2007." 21 U.S.C. § 387j(a)(1).

12. All new tobacco products must have FDA authorization prior to their marketing. *See* 21 U.S.C. § 387j(a)(2)(A). A new tobacco product may receive FDA marketing authorization through one of three pathways: (1) the PMTA pathway under 21 U.S.C. § 387j, through which FDA reviews a PMTA and issues an order permitting marketing of the new tobacco product ("MGO") under 21 U.S.C. § 387j(c)(1)(A)(i) upon a finding that the product is appropriate for the protection of the public health; (2) the SE pathway under 21 U.S.C. § 387j(a)(2)(A)(i), through which FDA reviews an SE report for the product and issues an order determining, among other things, that it is substantially equivalent to a tobacco product commercially marketed in the U.S. as of February 15, 2007, or a tobacco product marketed after that date, but which FDA previously determined to be substantially equivalent ("SE order"); or (3) the SE exemption pathway under 21 U.S.C. § 387j(a)(2)(A)(ii), through which FDA reviews an exemption request and an abbreviated report for the product, and issues a "found-exempt" order pursuant to 21 U.S.C. § 387e(j)(3)(A).

13. Any person who owns or operates a domestic establishment—i.e., any establishment in any State engaged in the manufacture, preparation, compounding, or processing of a tobacco product—must annually register with FDA the name, place of business, and all such establishments of that person. 21 U.S.C. § 387e(b). Additionally, every person who registers with FDA must, at the time of registration, file a list of all tobacco products manufactured,

prepared, compounded, or processed by that person for commercial distribution, and biannually update such list thereafter. 21 U.S.C. § 387e(i).

**Defendants' Lack of Marketing Authorization**

14. In the course of my official duties and as a result of my review of the official records, I am familiar with the ENDS products manufactured, prepared, compounded, or processed by Defendants ("Defendants' ENDS products"), and CTP's activities related to Defendants.

15. Soul Vapor, LLC ("Soul Vapor") is a West Virginia Limited Liability Corporation. A true and accurate copy of the West Virginia Secretary of State – Online Data Services, Business and Licensing for Soul Vapor is attached as Exhibit ("Ex.") 1.

16. Soul Vapor has over 2,100 ENDS products listed with FDA, including Soul Vapor Honey Pot and Soul Vapor Peach Rings. A true and accurate copy of Soul Vapor's products listed with FDA in TRLM-NG is attached as Ex. 2.

17. FDA maintains on its website a public database of tobacco products that FDA has determined were commercially marketed in the United States as of February 15, 2007, and therefore are "pre-existing" tobacco products. *See* FDA, Standalone Pre-Existing Determinations, https://perma.cc/VT9M-ZGZR. This database does not include any Pre-Existing Determinations issued to Soul Vapor or Aurelius Jeffrey. To date, FDA has not made any Pre-Existing Determinations, or issued an SE order or a "found-exempt" order for any ENDS product.

18. Defendants' ENDS products are new tobacco products. OCE searched all internal databases containing relevant information to determine whether Soul Vapor or Aurelius Jeffrey has marketing authorization for any of Defendants' ENDS products. Each database is unique in

how information is stored and retrieved, and industry, from time-to-time, inadvertently submits documents to the wrong system. OCE checks all systems to ensure that no submission is missed.

19. For Defendants, OCE searched OSiRIS, TRLM-NG, iTRAC, and Image, for keywords that included: "Soul Vapor, LLC"; "Mr. Aurelius Jeffrey"; "Soul Vapor Honey Pot"; and "Soul Vapor Peach Rings." The results were:

a. OSiRIS had no information about Defendants;

b. TRLM-NG provided Soul Vapor's product list, and Soul Vapor Honey Pot and Soul Vapor Peach Rings were included in the product list;

c. iTRAC returned two letters and an ingredient listing that included Soul Vapor Honey Pot and Soul Vapor Peach Rings,[2] but no PMTAs or other relevant submissions; and

d. Image returned the same two letters and ingredient listing as iTRAC, but no PMTAs or other relevant submissions.

20. Defendants have not submitted marketing applications for any of Defendants' ENDS products, and Defendants have not received any found-exempt orders, SE orders, or MGOs from FDA for any of Defendants' ENDS products.

**<u>Defendants' Materially False Domestic Establishment Registration</u>**

21. In the course of my official duties and as a result of my review of the official records, I am likewise familiar with Defendants' registration history for their domestic establishments, and CTP's activities related to such registration history.

[2] Under the Act, each tobacco product manufacturer must submit to FDA an "ingredient listing"—i.e., "a listing of all ingredients, including tobacco, substances, compounds, and additives that are, as of such date, added by the manufacturer to the tobacco, paper, filter, or other part of each tobacco product, by brand and by quantity in each brand and subbrand." 21 U.S.C. § 387d(a)(1).

22. On September 20, 2018, Defendants registered Soul Vapor as an owner or operator of a single domestic establishment, located at "604 Thorn Street FRNT, Princeton, WV 24740, US," in FDA's TRLM-NG. A true and accurate copy of the registration profile for Soul Vapor in the TRLM-NG browser, is attached as Ex. 3.

23. On September 20, 2021, Defendants submitted an annual registration to FDA. In that registration, Defendants changed the activity status for Soul Vapor's single domestic establishment, located at 604 Thorn Street FRNT, Princeton, WV 24740, US, from "active" to "inactive," and reported, as a reason, that the establishment was "[o]ut of business." A true and accurate copy of the registration change log in the TRLM-NG browser, is attached as Ex. 4.

24. Between March 23 and 25, 2022, FDA inspected Soul Vapor's single domestic establishment, located at 604 Thorn Street FRNT, Princeton, WV 24740, US. During the inspection, FDA investigators observed that, contrary to Defendants' September 20, 2021 annual registration, the establishment was "active"—not "inactive" and "out of business"—as Defendants were engaged in the manufacture of tobacco products at such location.

**Inspectional History and Prior Warnings**

25. OCE monitors tobacco product retailer, manufacturer, importer, and distributor compliance with the Act and its implementing regulations and takes corrective action as appropriate. Actions that OCE may take include sending a Warning Letter to a firm that is found to be non-compliant or recommending an enforcement action, such as injunction, civil money penalty, or criminal prosecution.

26. On March 21, 2021, OCE conducted a review of Soul Vapor's website. OCE observed that the website represented that Soul Vapor manufactures ENDS products, including Soul Vapor Honey Pot and Soul Vapor Peach Rings, and offers them for sale or distribution to

consumers in the United States. OCE also documented that the Soul Vapor website is registered to Defendants, and that FDA has not issued any marketing authorization orders for Soul Vapor Honey Pot or Soul Vapor Peach Rings. A true and correct copy of screenshots from Soul Vapor's website (Exs. 5–7) and registration for the Soul Vapor website (Ex. 8) are attached as Exs. 5 through 8

27. OCE reviewed the results of the March 21, 2021 website review, and on May 21, 2021, sent Defendants a Warning Letter. The Warning Letter stated that FDA had determined that they "manufacture and offer for sale or distribution to customers in the United States e-liquid products without a marketing authorization order including Soul Vapor Honey Pot and Soul Vapor Peach Rings." The Warning Letter further stated: "Your firm is a registered manufacturer with over 2,100 products listed with FDA. It is your responsibility to ensure that your tobacco products . . . comply with each applicable provision of the [] Act and FDA's implementing regulations. Failure to address any violations of the [] Act . . . relating to tobacco products including the tobacco regulations . . . may lead to regulatory action, including, but not limited to . . . injunction." The Warning Letter further explained: "The violations discussed in this letter do not necessarily constitute an exhaustive list. You should address any violations that are referenced above, as well as violations that are the same as or similar to those stated above, and promptly take any necessary actions to bring your tobacco products into compliance with the [] Act." A true and accurate copy of the Warning Letter is attached to this declaration as Ex. 9.

28. OCE held a teleconference with Aurelius Jeffrey on June 8, 2021, to answer any questions regarding the violations cited in the Warning Letter. Later that same day, OCE received an email response to the Warning Letter from Mr. Jeffrey. In the email, Mr. Jeffrey stated he would have "the product removed from our shelves and put in it [*sic*] our stock room by

the end of the week," "work on filing [PMTAs for] our products with the FDA as soon as possible," and "contact [FDA] if I have any questions." A true and accurate copy of Mr. Jeffrey's email is attached to this declaration as Ex. 10.

29. OCE held another teleconference with Aurelius Jeffrey on July 20, 2021, after observing that Soul Vapor's website still offered for sale or distribution ENDS products that lacked FDA marketing authorization. Later that same day, OCE received an email from Mr. Jeffrey, wherein he stated that "ejuice is no longer being manufactured as [*sic*] is no longer available for purchase" and that Defendants had "resolved the concerns [FDA] . . . referenced in both the warning letter and the teleconferences." A true and accurate copy of Mr. Jeffrey's email is attached to this declaration as Ex. 11.

30. As noted above, between March 23 and 25, 2022, FDA conducted an inspection at Soul Vapor's single domestic establishment, located at 604 Thorn Street FRNT, Princeton, WV 24740, US. During that inspection, FDA observed that Defendants had not taken the aforementioned corrective actions promised by Mr. Jeffrey in his June 8, 2021 and July 20, 2021 emails. Specifically, FDA observed that Defendants continued to manufacture ENDS products, including finished e-liquids under the Soul Vapor brand, that lacked required FDA authorization, and offer them for sale on the retail shelves of Defendants' establishment.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Elenita Y. Ibarra-pratt -S
Digitally signed by Elenita Y. Ibarra-pratt -S
Date: 2023.02.10 14:55:27 -05'00'

**Elenita Ibarra-Pratt**
Deputy Director for Regulatory Affairs
Office of Compliance and Enforcement
Center for Tobacco Products
United States Food and Drug Administration

Executed on February 10, 2023

# EXHIBIT A

## Elenita Ibarra-Pratt Declaration

## A-1 Ibarra-Pratt Exhibit

You are viewing this page over a secure connection. Click here for more information.

# West Virginia Secretary of State — Online Data Services

## Business and Licensing

Online Data Services Help

## Business Organization Detail

*NOTICE: The West Virginia Secretary of State's Office makes every reasonable effort to ensure the accuracy of information. However, we make no representation or warranty as to the correctness or completeness of the information. If information is missing from this page, it is not in the The West Virginia Secretary of State's database.*

### SOUL VAPOR LLC

**Organization Information**

| Org Type | Effective Date | Established Date | Filing Date | Charter | Class | Sec Type | Termination Date | Termination Reason |
|---|---|---|---|---|---|---|---|---|
| **LLC \| Limited Liability Company** | 6/28/2021 | | 6/28/2021 | Domestic | Profit | | | |

**Organization Information**

| | | | |
|---|---|---|---|
| **Business Purpose** | 4539 - Retail Trade - Miscellaneous Store Retailers - Other Miscellaneous Store Retailers Including Mobile Home Dealers (pet, art, tobacco) | **Capital Stock** | |
| **Charter County** | Mercer | **Control Number** | |
| **Charter State** | WV | **Excess Acres** | |
| **At Will Term** | A | **Member Managed** | MBR |
| **At Will Term** | | **Par Value** | |

Case 1:22-cv-00458 Document 11-1 Filed 02/14/23 Page 15 of 64 PageID #: 85

| | | | |
|---|---|---|---|
| **Years** | | | |
| **Authorized Shares** | | **Young Entrepreneur** | No |
| | | | |

## Addresses

| Type | Address |
|---|---|
| **Designated Office Address** | 604 THORN ST FRNT<br>PRINCETON, WV, 24740 |
| **Mailing Address** | 604 THORN ST FRNT<br>PRINCETON, WV, 24740<br>USA |
| **Notice of Process Address** | JEFFREY AURELIUS<br>604 THORN ST FRNT<br>PRINCETON, WV, 24740 |
| **Principal Office Address** | 604 THORN ST FRNT<br>PRINCETON, WV, 24740<br>USA |
| **Type** | **Address** |

## Officers

| Type | Name/Address |
|---|---|
| **Member** | JEFFREY AURELIUS<br>604 THORN ST FRNT<br>PRINCETON, WV, 24740 |
| **Organizer** | JEFFREY AURELIUS<br>604 THORN ST FRNT<br>PRINCETON, WV, 24740 |
| **Type** | **Name/Address** |

File Your Current Year Annual Report Online Here

For more information, please contact the Secretary of State's Office at 304-558-8000.

Monday, June 13, 2022 — 9:10 AM

© 2022 State of West Virginia

# EXHIBIT A

## Elenita Ibarra-Pratt Declaration

## A-2 Ibarra-Pratt Exhibit

| TP Number | Legacy Product Name | Product Status | Category | Sub Category | Intended Use Product | Identification Number | Flavor |
|---|---|---|---|---|---|---|---|
| TPBDP28YF | Soul Vapor \| Monkey Bread 70VG 12mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #103830S12N70V | Monkey Bread |
| TPBDP28VM | Soul Vapor \| Mango Melons 60VG 3mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1036120S3N60V | Mango Melons |
| TPBDP297N | Soul Vapor \| Purple Daze 70VG 6mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #104430S6N70V | Purple Daze |
| TPBDP29KG | Soul Vapor \| Sun Tears 70VG 6mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1053120S6N70V | Sun Tears |
| TPBDP29VW | Soul Vapor \| Iced Strawberry MaxVG 12mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1067120S12NMAXV | Iced Strawberry |
| TPBDP28NW | Soul Vapor \| Kings Brew 60VG 0mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #103230S0N60V | Kings Brew |
| TPBD5J1RY | Soul Vapor \| Classic Crush MaxVG 0mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1013120S0NMAXV | Classic Crush MaxVG 0mg 120ml |
| TPBD5J0NX | Soul Vapor \| Bucks Blend 70VG 3mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #100830S3N70V | Bucks Blend 70VG 3mg 30ml |
| TPBD5Y7YY | Soul Vapor \| Dreamers Milk MaxVG 12mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1024120S12NMAXV | Dreamers Milk MaxVG 12mg 120ml |
| TPBDP29JY | Soul Vapor \| Sucker Punch 60VG 0mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #105930S0N60V | Sucker Punch |
| TPBDP28S7 | Soul Vapor \| Lola Cherry Cola 60VG 12mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #103430S12N60V | Lola Cherry Cola |
| TPBD5Y7WY | Soul Vapor \| Crispy Cakes 70VG 18mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1021120S18N70V | Crispy Cakes 70VG 18mg 120ml |
| TPBDP28HM | Soul Vapor \| Grape-A-Berry 60VG 18mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1028120S18N60V | Grape-A-Berry |
| TPBDP29GY | Soul Vapor \| Strawberry Shortcake MaxVG 6mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #105130S6NMAXV | Strawberry Shortcake |
| TPBD5Y7Y3 | Soul Vapor \| Dream Cream MaxVG 0mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #102330S0NMAXV | Dream Cream MaxVG 0mg 30ml |
| TPBDP28W2 | Soul Vapor \| Mango Melons 70VG 0mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #103630S0N70V | Mango Melons |
| TPBD5RDYG | Soul Vapor \| Classic Reds 60VG 0mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1016120S0N60V | Classic Reds 60VG 0mg 120ml |
| TPBD5J0P9 | Soul Vapor \| Campfire S'mores 70VG 0mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1009120S0N70V | Campfire S'mores 70VG 0mg 120ml |
| TPBDP29BF | Soul Vapor \| Red Velvet Cake 70VG 18mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1046120S18N70V | Red Velvet Cake |
| TPBD5Y7S8 | Soul Vapor \| Cool Passion 70VG 6mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1018120S6N70V | Cool Passion 70VG 6mg 120ml |
| TPBDP28ZW | Soul Vapor \| Paisley Lynn 60VG 6mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1040120S6N60V | Paisley Lynn |
| TPBD5GXZC | Soul Vapor \| Angel Breath MaxVG 18mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1000120M18NMAXV | Angel Breath MaxVG 18mg 120ml |
| TPBDP28MK | Soul Vapor \| Just Mint MaxVG 6mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1031120S6NMAXV | Just Mint |
| TPBD5JTB1 | Soul Vapor \| Classic Crush MaxVG 6mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #101330S6NMAXV | Classic Crush MaxVG 6mg 30ml |
| TPBDP28GW | Soul Vapor \| Gloom Lagoon MaxVG 3mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #102730S6N60V | Gloom Lagoon |
| TPBDP29PJ | Soul Vapor \| Tooty Froots 60VG 6mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1056120S6N60V | Tooty Froots |
| TPBD5GXZN | Soul Vapor \| Angel Breath 70VG 6mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #100030S6N70V | Angel Breath 70VG 6mg 30ml |
| TPBDP2982 | Soul Vapor \| Razzled 70VG 3mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1059120S3N70V | Razzled |
| TPBD5HD33 | Soul Vapor \| Bomb-Ade 60VG 3mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1005120S3N60V | Bomb-Ade 60VG 3mg 120ml |
| TPBD5Y7SH | Soul Vapor \| Cool Passion 70VG 18mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1018120S18N70V | Cool Passion 70VG 18mg 120ml |
| TPBDP29R6 | Soul Vapor \| Tooty Froots 70VG 12mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #105630S12N70V | Tooty Froots |
| TPBDP29D9 | Soul Vapor \| Scaredy Cat 70VG 6mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1048120S6N70V | Scaredy Cat |
| TPBDP291Y | Soul Vapor \| Peach Rings 60VG 6mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1041120S6N60V | Peach Rings |
| TPBD5GZD9 | Soul Vapor \| Banana Apple Cream MaxVG 6mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #100130S6NMAXV | Banana Apple Cream MaxVG 6mg 30ml |
| TPBDP28PV | Soul Vapor \| Lemon Cookie 70VG 18mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1033120S18N70V | Lemon Cookie |
| TPBDP290X | Soul Vapor \| PB&J Grahams 60VG 6mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1042120S6N60V | PB&J Grahams |
| TPBD5Y7W0 | Soul Vapor \| Cotton Candy 70VG 12mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #102030S12N70V | Cotton Candy 70VG 12mg 30ml |
| TPBDP28JM | Soul Vapor \| Honey Pot MaxVG 12mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1029120S12NMAXV | Honey Pot |
| TPBDP291S | Soul Vapor \| Peach Rings 70VG 0mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1041120S070V | Peach Rings |
| TPBD5H029 | Soul Vapor \| Banana Pudding MaxVG 18mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #100230S18NMAXV | Banana Pudding MaxVG 18mg 30ml |
| TPBD5Y7ZB | Soul Vapor \| Dreamers Milk MaxVG 6mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #102430S6NMAXV | Dreamers Milk MaxVG 6mg 30ml |
| TPBDP28NM | Soul Vapor \| Kings Brew MaxVG 6mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1032120S6NMAXV | Kings Brew |
| TPBDP296B | Soul Vapor \| Pomedragon MaxVG 18mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1043120S18NMAXV | Pomedragon |
| TPBD5SMWD | Soul Vapor \| Bonbon MaxVG 6mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1022120S6NMAXV | Bonbon MaxVG 6mg 120ml |
| TPBD5J1RH | Soul Vapor \| Cherry Cheesecake MaxVG 3mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #101230S3NMAXV | Cherry Cheesecake MaxVG 3mg 30ml |
| TPBDP28GS | Soul Vapor \| Gloom Lagoon MaxVG 0mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #102730S3N60V | Gloom Lagoon |
| TPBD5SMVX | Soul Vapor \| Coconut Cream MaxVG 6mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #101730S6NMAXV | Coconut Cream MaxVG 6mg 30ml |
| TPBD5Y79G | Soul Vapor \| Cool Passion 60VG 6mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1018120S6N60V | Cool Passion 60VG 6mg 120ml |
| TPBD5RDXJ | Soul Vapor \| Classic Menthols 60VG 3mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1015120S3N60V | Classic Menthols 60VG 3mg 120ml |
| TPBDP28TS | Soul Vapor \| Lovers Milk MaxVG 6mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1035120S6NMAXV | Lovers Milk |
| TPBD5Y7TZ | Soul Vapor \| Cool Waters 70VG 12mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #101930S12N70V | Cool Waters 70VG 12mg 30ml |
| TPBDP29MF | Soul Vapor \| Sweet Tart MaxVG 3mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1054120S3NMAXV | Sweet Tart |
| TPBD5Y7ZP | Soul Vapor \| Endless Summer 70VG 0mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1025120S0N70V | Endless Summer 70VG 0mg 120ml |
| TPBD5SKGV | Soul Vapor \| Classic Reds MaxVG 12mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1016120S12NMAXV | Classic Reds MaxVG 12mg 120ml |
| TPBDP29DK | Soul Vapor \| Scaredy Cat 60VG 0mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #104830S0N60V | Scaredy Cat |
| TPBDP28ND | Soul Vapor \| Kings Brew MaxVG 0mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1032120S0NMAXV | Kings Brew |
| TPBD5RDX0 | Soul Vapor \| Classic Lights MaxVG 0mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #101430S0NMAXV | Classic Lights MaxVG 0mg 30ml |
| TPBD5RDYC | Soul Vapor \| Classic Menthols 60VG 18mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #101530S18N60V | Classic Menthols 60VG 18mg 30ml |
| TPBDP28GD | Soul Vapor \| Gloom Lagoon 70VG 6mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1027120S6N70V | Gloom Lagoon |
| TPBDP28H7 | Soul Vapor \| Grape-A-Berry 70VG 0mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1028120S0N70V | Grape-A-Berry |
| TPBD5Y7W5 | Soul Vapor \| Crispy Cakes 60VG 0mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1021120S0N60V | Crispy Cakes 60VG 0mg 120ml |
| TPBDP29K2 | Soul Vapor \| Sucker Punch 70VG 0mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #105930S12N70V | Sucker Punch |
| TPBDP29K3 | Soul Vapor \| Sucker Punch MaxVG 0mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #105930S12NMAXV | Sucker Punch |
| TPBD5HD9D | Soul Vapor \| Bubblemelon 60VG 0mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #100730S0N60V | Bubblemelon 60VG 0mg 30ml |
| TPBDP294G | Soul Vapor \| Pecan Pie MaxVG 3mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #106630S3NMAXV | Pecan Pie |
| TPBDP2989 | Soul Vapor \| Razzled MaxVG 12mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1059120S12NMAXV | Razzled |
| TPBD5SMHG | Soul Vapor \| Classic Lights 70VG 24mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1014120S24N70V | Classic Lights 70VG 24mg 120ml |
| TPBDP28NG | Soul Vapor \| Kings Brew 70VG 3mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1032120S3N70V | Kings Brew |
| TPBDP28JV | Soul Vapor \| Honey Pot MaxVG 0mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #102930S0NMAXV | Honey Pot |
| TPBD5SMW6 | Soul Vapor \| Bonbon MaxVG 0mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1022120S0NMAXV | Bonbon MaxVG 0mg 120ml |
| TPBD5Y7Y9 | Soul Vapor \| Dream Cream MaxVG 6mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #102330S6NMAXV | Dream Cream MaxVG 6mg 30ml |
| TPBD5RDXB | Soul Vapor \| Classic Lights 60VG 18mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #101430S18N60V | Classic Lights 60VG 18mg 30ml |
| TPBDP2925 | Soul Vapor \| Peach Rings 70VG 18mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1041120S18N70V | Peach Rings |
| TPBDP28M7 | Soul Vapor \| Hot Sauce 70VG 18mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #103030S18N70V | Hot Sauce |
| TPBDP28S6 | Soul Vapor \| Lola Cherry Cola MaxVG 6mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #103430S6NMAXV | Lola Cherry Cola |
| TPBD5Y7X5 | Soul Vapor \| Crispy Cakes MaxVG 3mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #102130S3NMAXV | Crispy Cakes MaxVG 3mg 30ml |
| TPBDP29DN | Soul Vapor \| Scaredy Cat MaxVG 0mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #104830S0NMAXV | Scaredy Cat |
| TPBDP29B0 | Soul Vapor \| Red Velvet Cake 60VG 0mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1046120S0N60V | Red Velvet Cake |
| TPBD5J1PJ | Soul Vapor \| Chai Tea 70VG 6mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #105030S6N70V | Chai Tea 70VG 6mg 30ml |
| TPBDP29H1 | Soul Vapor \| Strawberry Shortcake MaxVG 12mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #105130S12NMAXV | Strawberry Shortcake |
| TPBD5Y78H | Soul Vapor \| Candy Fish MaxVG 6mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1061120S6NMAXV | Candy Fish MaxVG 6mg 120ml |
| TPBDP28R5 | Soul Vapor \| Lemon Cookie MaxVG 6mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #103330S6NMAXV | Lemon Cookie |
| TPBDP291Z | Soul Vapor \| Peach Rings 70VG 6mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1041120S6N70V | Peach Rings |
| TPBD5RDY1 | Soul Vapor \| Classic Menthols MaxVG 0mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #101530S0NMAXV | Classic Menthols MaxVG 0mg 30ml |
| TPBDP2957 | Soul Vapor \| Pineapple Rings 60VG 18mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1063120S18N60V | Pineapple Rings |
| TPBD5RDY4 | Soul Vapor \| Classic Menthols MaxVG 3mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #101530S3NMAXV | Classic Menthols MaxVG 3mg 30ml |
| TPBD5HD7Y | Soul Vapor \| Bubbleberry MaxVG 0mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1006120S0NMAXV | Bubbleberry MaxVG 0mg 120ml |
| TPBD5J1CS | Soul Vapor \| Caraccino 70VG 6mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #101030S6N70V | Caraccino 70VG 6mg 30ml |
| TPBD5GZCM | Soul Vapor \| Banana Apple Cream 60VG 3mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1001120S3N60V | Banana Apple Cream 60VG 3mg 120ml |
| TPBD5HD96 | Soul Vapor \| Bubblemelon 60VG 12mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1007120S12N60V | Bubblemelon 60VG 12mg 120ml |
| TPBDP291B | Soul Vapor \| PB&J Grahams 70VG 3mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #104230S3N70V | PB&J Grahams |
| TPBDP28Z4 | Soul Vapor \| Moon Milk 60VG 0mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #103930S0N60V | Moon Milk |
| TPBD5SMWX | Soul Vapor \| Bonbon 70VG 6mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #102230S6N70V | Bonbon 70VG 6mg 30ml |
| TPBD5GWSM | Soul Vapor | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1000120S0N60V | Angel Breath 60VG 0mg 120ml |
| TPBD5HCPZ | Soul Vapor \| Blood Dragon 70VG 0mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #100330S0N70V | Blood Dragon 70VG 0mg 30ml |
| TPBD5HD9K | Soul Vapor \| Bubblemelon 60VG 6mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #100730S6N60V | Bubblemelon 60VG 6mg 30ml |
| TPBDP28JR | Soul Vapor \| Honey Pot MaxVG 18mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1029120S18NMAXV | Honey Pot |
| TPBDP28KT | Soul Vapor \| Hot Sauce 60VG 0mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #103030S0N60V | Hot Sauce |
| TPBD5HCR2 | Soul Vapor \| Blood Dragon 70VG 3mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #100330S3N70V | Blood Dragon 70VG 3mg 30ml |
| TPBD5RDY6 | Soul Vapor \| Classic Menthols 70VG 6mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #101530S6N70V | Classic Menthols 70VG 6mg 30ml |
| TPBDP28RZ | Soul Vapor \| Lola Cherry Cola 70VG 0mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #103430S0N70V | Lola Cherry Cola |
| TPBD5SMX3 | Soul Vapor \| Bonbon 70VG 18mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #102230S18N70V | Bonbon 70VG 18mg 30ml |
| TPBDP290D | Soul Vapor \| Paisley Lynn 70VG 6mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #104030S6N70V | Paisley Lynn |
| TPBDP291N | Soul Vapor \| PB&J Grahams 70VG 18mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #104230S18N70V | PB&J Grahams |
| TPBDP292X | Soul Vapor \| Peanut Butter Pie 70VG 3mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1065120S3N70V | Peanut Butter Pie |
| TPBDP29B5 | Soul Vapor \| Red Velvet Cake MaxVG 3mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1046120S3NMAXV | Red Velvet Cake |
| TPBD5Y7TS | Soul Vapor \| Cool Waters 70VG 3mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #101930S3N70V | Cool Waters 70VG 3mg 30ml |
| TPBD5HD90 | Soul Vapor \| Bubblemelon 60VG 3mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1007120S3N60V | Bubblemelon 60VG 3mg 120ml |
| TPBDP28VX | Soul Vapor \| Mango Melons MaxVG 12mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1036120S12NMAXV | Mango Melons |
| TPBDP29NN | Soul Vapor \| The 'Brina 70VG 12mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1055120S12N70V | The 'Brina |
| TPBDP28Y3 | Soul Vapor \| Monkey Bread 60VG 0mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #103830S0N60V | Monkey Bread |
| TPBDP28RD | Soul Vapor \| Lola Cherry Cola 60VG 0mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1034120S0N60V | Lola Cherry Cola |
| TPBD5H01T | Soul Vapor \| Banana Pudding MaxVG 18mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1002120S18NMAXV | Banana Pudding MaxVG 18mg 120ml |
| TPBD5Y7YG | Soul Vapor \| Dream Cream 70VG 18mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #102330S18N70V | Dream Cream 70VG 18mg 30ml |
| TPBDP29C7 | Soul Vapor \| Sanguine Nectar 60VG 6mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1047120S6N60V | Sanguine Nectar |
| TPBDP28SH | Soul Vapor \| Blueberry Pancakes MaxVG 0mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1062120S0NMAXV | Blueberry Pancakes |
| TPBDP29RJ | Soul Vapor \| Top Shelf MaxVG 3mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1060120S3NMAXV | Top Shelf |
| TPBDP29PD | Soul Vapor \| Tooty Froots MaxVG 0mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1056120S0NMAXV | Tooty Froots |
| TPBDP29GR | Soul Vapor \| Strawberry Shortcake MaxVG 0mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #105130S0NMAXV | Strawberry Shortcake |
| TPBD5HD7R | Soul Vapor \| Bomb-Ade 60VG 12mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #100530S12N60V | Bomb-Ade 60VG 12mg 30ml |
| TPBDP29GS | Soul Vapor \| Strawberry Shortcake 60VG 3mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #105130S3N60V | Strawberry Shortcake |
| TPBDP292V | Soul Vapor \| Peanut Butter Pie MaxVG 0mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1065120S0NMAXV | Peanut Butter Pie |
| TPBDP29JN | Soul Vapor \| Sucker Punch 70VG 0mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1059120S18N70V | Sucker Punch |
| TPBDP28R9 | Soul Vapor \| Lemon Cookie 60VG 18mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #103330S18N60V | Lemon Cookie |
| TPBD5J1PC | Soul Vapor \| Chai Tea MaxVG 0mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #105030S0NMAXV | Chai Tea MaxVG 0mg 30ml |
| TPBD5Y7TM | Soul Vapor \| Cool Waters 60VG 0mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #101930S0N60V | Cool Waters 60VG 0mg 30ml |
| TPBD5Y7VC | Soul Vapor \| Cotton Candy 70VG 6mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1020120S6N70V | Cotton Candy 70VG 6mg 120ml |
| TPBDP29VB | Soul Vapor \| Zebra Blood MaxVG 12mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #105830S12NMAXV | Zebra Blood |
| TPBDP29PK | Soul Vapor \| Tooty Froots 70VG 6mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1056120S6N70V | Tooty Froots |
| TPBD5Y78Z | Soul Vapor \| Candy Fish 60VG 6mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #106130S6N60V | Candy Fish 60VG 6mg 30ml |
| TPBDP28TZ | Soul Vapor \| Lovers Milk MaxVG 18mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1035120S18NMAXV | Lovers Milk |
| TPBD5Y79H | Soul Vapor \| Cool Passion 70VG 6mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1018120S6N70V | Cool Passion 70VG 6mg 120ml |
| TPBDP28SR | Soul Vapor \| Blueberry Pancakes MaxVG 6mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1062120S6NMAXV | Blueberry Pancakes |
| TPBDP29BV | Soul Vapor \| Red Velvet Cake 60VG 12mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #104630S12N60V | Red Velvet Cake |
| TPBDP29RR | Soul Vapor \| Top Shelf 70VG 12mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1060120S12N70V | Top Shelf |
| TPBD5HD7S | Soul Vapor \| Bomb-Ade 60VG 18mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #100530S18N60V | Bomb-Ade 60VG 18mg 30ml |
| TPBDP28MD | Soul Vapor \| Just Mint 60VG 3mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1031120S3N60V | Just Mint |
| TPBDP29KB | Soul Vapor \| Sun Tears 60VG 3mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1053120S3N60V | Sun Tears |
| TPBDP28X9 | Soul Vapor \| Mint Fudge Brownie 70VG 6mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #103730S6N70V | Mint Fudge Brownie |
| TPBDP29DF | Soul Vapor \| Scaredy Cat MaxVG 12mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1048120S12NMAXV | Scaredy Cat |
| TPBDP28KD | Soul Vapor \| Hot Sauce 70VG 3mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1030120S3N70V | Hot Sauce |
| TPBD5SMH3 | Soul Vapor \| Classic Reds MaxVG 6mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #101630S6NMAXV | Classic Reds MaxVG 6mg 30ml |
| TPBDP292H | Soul Vapor \| Peach Rings MaxVG 6mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #104130S6NMAXV | Peach Rings |
| TPBD5SMH7 | Soul Vapor \| Classic Reds 60VG 18mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #101630S18N60V | Classic Reds 60VG 18mg 30ml |
| TPBD5H01M | Soul Vapor \| Banana Pudding 60VG 12mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1002120S12N60V | Banana Pudding 60VG 12mg 120ml |
| TPBD5J1F1 | Soul Vapor \| Bonbon MaxVG 18mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #102230S18NMAXV | Bonbon MaxVG 18mg 30ml |
| TPBDP28ZX | Soul Vapor \| Paisley Lynn 70VG 6mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1040120S6N70V | Paisley Lynn |
| TPBD5GZCS | Soul Vapor \| Banana Apple Cream 70VG 6mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1001120S6N70V | Banana Apple Cream 70VG 6mg 120ml |
| TPBD5J1PT | Soul Vapor \| Chai Tea MaxVG 18mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #105030S18NMAXV | Chai Tea MaxVG 18mg 30ml |
| TPBDP28YP | Soul Vapor \| Moon Milk MaxVG 0mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1039120S0NMAXV | Moon Milk |
| TPBDP28PM | Soul Vapor \| Lemon Cookie 70VG 6mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1033120S6N70V | Lemon Cookie |
| TPBDP29CZ | Soul Vapor \| Sanguine Nectar 60VG 18mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #104730S18N60V | Sanguine Nectar |
| TPBDP290C | Soul Vapor \| Paisley Lynn 60VG 6mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #104030S6N60V | Paisley Lynn |
| TPBDP2981 | Soul Vapor \| Razzled 60VG 3mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1059120S3N60V | Razzled |
| TPBD5SMWC | Soul Vapor \| Bonbon 70VG 6mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1022120S6N70V | Bonbon 70VG 6mg 120ml |
| TPBDP29F5 | Soul Vapor \| Snow Dragon MaxVG 0mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1049120S0NMAXV | Snow Dragon |
| TPBDP28J7 | Soul Vapor \| Honey Pot 60VG 0mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1029120S0N60V | Honey Pot |
| TPBD5RDXK | Soul Vapor \| Classic Menthols 70VG 3mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1015120S3N70V | Classic Menthols 70VG 3mg 120ml |
| TPBDP29SD | Soul Vapor \| Turkish Shisha 60VG 0mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1057120S0N60V | Turkish Shisha |
| TPBDP2944 | Soul Vapor \| Pecan Pie 70VG 12mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1066120S12N70V | Pecan Pie |
| TPBDP28W6 | Soul Vapor \| Mango Melons MaxVG 3mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #103630S3NMAXV | Mango Melons |
| TPBDP2965 | Soul Vapor \| Pomedragon 60VG 12mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1043120S12N60V | Pomedragon |
| TPBDP292T | Soul Vapor \| Peanut Butter Pie 70VG 0mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1065120S070V | Peanut Butter Pie |
| TPBD5H01W | Soul Vapor \| Banana Pudding 70VG 0mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #100230S0N70V | Banana Pudding 70VG 0mg 30ml |
| TPBD5HCPY | Soul Vapor \| Blood Dragon 60VG 0mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #100330S0N60V | Blood Dragon 60VG 0mg 30ml |
| TPBDP29SV | Soul Vapor \| Turkish Shisha 60VG 18mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1057120S18N60V | Turkish Shisha |
| TPBDP2932 | Soul Vapor \| Peanut Butter Pie 60VG 12mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1065120S12N60V | Peanut Butter Pie |
| TPBDP29H8 | Soul Vapor \| Strawberry Taffy 60VG 3mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1052120S3N60V | Strawberry Taffy |
| TPBD5HVP8 | Soul Vapor \| Bucks Blend 60VG 12mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1008120S12N60V | Bucks Blend 60VG 12mg 120ml |
| TPBD5Y802 | Soul Vapor \| Endless Summer 70VG 6mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1025120S6N70V | Endless Summer 70VG 6mg 120ml |
| TPBD5Y80C | Soul Vapor \| Endless Summer 70VG 0mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #102530S0N70V | Endless Summer 70VG 0mg 30ml |
| TPBDP29N4 | Soul Vapor \| Sweet Tart 70VG 12mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #105430S12N70V | Sweet Tart |
| TPBDP28ZF | Soul Vapor \| Moon Milk 60VG 12mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #103930S12N60V | Moon Milk |
| TPBD5SMW3 | Soul Vapor \| Coconut Cream MaxVG 18mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #101730S18NMAXV | Coconut Cream MaxVG 18mg 30ml |
| TPBD5J1P6 | Soul Vapor \| Chai Tea 60VG 18mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1050120S18N60V | Chai Tea 60VG 18mg 120ml |
| TPBD5SMWT | Soul Vapor \| Bonbon 70VG 3mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #102230S3N70V | Bonbon 70VG 3mg 30ml |
| TPBDP29HM | Soul Vapor \| Strawberry Taffy 70VG 18mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1052120S18N70V | Strawberry Taffy |
| TPBDP292C | Soul Vapor \| Peach Rings 70VG 3mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #104130S3N70V | Peach Rings |
| TPBD5J1R2 | Soul Vapor \| Cherry Cheesecake 70VG 6mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1012120S6N70V | Cherry Cheesecake 70VG 6mg 120ml |
| TPBD5RDXG | Soul Vapor \| Classic Menthols 70VG 0mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1015120S0N70V | Classic Menthols 70VG 0mg 120ml |
| TPBDP28RJ | Soul Vapor \| Lola Cherry Cola 70VG 3mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1034120S3N70V | Lola Cherry Cola |
| TPBD5Y781 | Soul Vapor \| Blueberry Jammy 60VG 18mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #106430S18N60V | Blueberry Jammy 60VG 18mg 30ml |
| TPBD5H012 | Soul Vapor \| Banana Apple Cream 60VG 18mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #100130S18N60V | Banana Apple Cream 60VG 18mg 30ml |
| TPBD5HD2P | Soul Vapor \| Blueberry Cheesecake 60VG 6mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #100430S6N60V | Blueberry Cheesecake 60VG 6mg 30ml |
| TPBDP29KR | Soul Vapor \| Sun Tears MaxVG 18mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1053120S18NMAXV | Sun Tears |
| TPBDP28VT | Soul Vapor \| Mango Melons MaxVG 6mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1036120S6NMAXV | Mango Melons |
| TPBD5Y84B | Soul Vapor \| Fuji Apple Dream 60VG 3mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1026120S3N60V | Fuji Apple Dream 60VG 3mg 120ml |
| TPBDP2977 | Soul Vapor \| Purple Daze 70VG 12mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1044120S12N70V | Purple Daze |
| TPBD5HD3G | Soul Vapor \| Bomb-Ade MaxVG 18mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1005120S18NMAXV | Bomb-Ade MaxVG 18mg 120ml |
| TPBDP292Y | Soul Vapor \| Peanut Butter Pie MaxVG 3mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1065120S3NMAXV | Peanut Butter Pie |
| TPBDP292Z | Soul Vapor \| Peanut Butter Pie 60VG 6mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1065120S6N60V | Peanut Butter Pie |
| TPBD5J1PF | Soul Vapor \| Chai Tea 70VG 3mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #105030S3N70V | Chai Tea 70VG 3mg 30ml |
| TPBDP28V5 | Soul Vapor \| Lovers Milk MaxVG 3mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #103530S3NMAXV | Lovers Milk |
| TPBDP290P | Soul Vapor \| PB&J Grahams 60VG 0mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1042120S0N60V | PB&J Grahams |
| TPBD5Y7Z9 | Soul Vapor \| Dreamers Milk 70VG 6mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #102430S6N70V | Dreamers Milk 70VG 6mg 30ml |
| TPBDP28SC | Soul Vapor \| Lola Cherry Cola 70VG 18mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #103430S18N70V | Lola Cherry Cola |
| TPBDP29F2 | Soul Vapor \| Scaredy Cat MaxVG 18mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #104830S18NMAXV | Scaredy Cat |
| TPBD5Y7SZ | Soul Vapor \| Cool Waters 60VG 18mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1019120S18N60V | Cool Waters 60VG 18mg 120ml |
| TPBDP28HD | Soul Vapor \| Grape-A-Berry 60VG 6mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1028120S6N60V | Grape-A-Berry |
| TPBD5HCRG | Soul Vapor \| Blueberry Cheesecake 69VG 0mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1004120S0N69V | Blueberry Cheesecake 69VG 0mg 120ml |
| TPBD5J1F7 | Soul Vapor \| Cat's Pajamas MaxVG 3mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1011120S3NMAXV | Cat's Pajamas MaxVG 3mg 120ml |
| TPBD5Y7Z7 | Soul Vapor \| Dreamers Milk MaxVG 3mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #102430S3NMAXV | Dreamers Milk MaxVG 3mg 120ml |
| TPBDP28JC | Soul Vapor \| Honey Pot 70VG 3mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1029120S3N70V | Honey Pot |
| TPBDP28MB | Soul Vapor \| Just Mint 70VG 0mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1031120S070V | Just Mint |
| TPBDP29KZ | Soul Vapor \| Sun Tears 60VG 6mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #105330S6N60V | Sun Tears |
| TPBDP299K | Soul Vapor \| Red Licorice 60VG 3mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #104530S3N60V | Red Licorice |
| TPBD5SMV9 | Soul Vapor \| Coconut Cream 60VG 6mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1017120S6N60V | Coconut Cream 60VG 6mg 120ml |
| TPBDP29WG | Soul Vapor \| Iced Strawberry MaxVG 18mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #106730S18N60V | Iced Strawberry |
| TPBDP296M | Soul Vapor \| Pomedragon 70VG 6mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #104330S6N70V | Pomedragon |
| TPBD5H01P | Soul Vapor \| Banana Pudding MaxVG 12mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1002120S12NMAXV | Banana Pudding MaxVG 12mg 120ml |
| TPBDP28SB | Soul Vapor \| Lola Cherry Cola 60VG 18mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #103430S18N60V | Lola Cherry Cola |
| TPBDP2947 | Soul Vapor \| Pecan Pie 70VG 18mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1066120S18N70V | Pecan Pie |
| TPBD5Y72Y | Soul Vapor \| Blueberry Jammy MaxVG 12mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1064120S12NMAXV | Blueberry Jammy MaxVG 12mg 120ml |
| TPBD5HCRK | Soul Vapor \| Blueberry Cheesecake 69VG 3mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1004120S3N69V | Blueberry Cheesecake 69VG 3mg 120ml |
| TPBD5Y7W4 | Soul Vapor \| Cotton Candy MaxVG 18mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #102030S18NMAXV | Cotton Candy MaxVG 18mg 30ml |
| TPBD5J1F4 | Soul Vapor \| Cat's Pajamas MaxVG 0mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1011120S0NMAXV | Cat's Pajamas MaxVG 0mg 120ml |
| TPBDP29HB | Soul Vapor \| Strawberry Taffy MaxVG 3mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1052120S3NMAXV | Strawberry Taffy |
| TPBD5RDXW | Soul Vapor \| Classic Menthols 60VG 18mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1015120S18N60V | Classic Menthols 60VG 18mg 120ml |
| TPBDP29J6 | Soul Vapor \| Sucker Punch 60VG 0mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1059120S0N60V | Sucker Punch |
| TPBD5RDWY | Soul Vapor \| Classic Lights 60VG 0mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #101430S0N60V | Classic Lights 60VG 0mg 30ml |
| TPBDP295Y | Soul Vapor \| Pomedragon MaxVG 0mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1043120S0NMAXV | Pomedragon |
| TPBDP2916 | Soul Vapor \| PB&J Grahams 60VG 0mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #104230S0N60V | PB&J Grahams |
| TPBD5Y7V2 | Soul Vapor \| Cool Waters 70VG 18mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #101930S18N70V | Cool Waters 70VG 18mg 30ml |
| TPBD5J1CM | Soul Vapor \| Caraccino 60VG 3mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #101030S3N60V | Caraccino 60VG 3mg 30ml |
| TPBD5JX7V | Soul Vapor \| Classic Crush MaxVG 24mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #101330S24NMAXV | Classic Crush MaxVG 24mg 30ml |
| TPBD5SMHH | Soul Vapor \| Classic Lights MaxVG 24mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1014120S24NMAXV | Classic Lights MaxVG 24mg 120ml |
| TPBD5HD8H | Soul Vapor \| Bubbleberry 70VG 3mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #100630S3N70V | Bubbleberry 70VG 3mg 30ml |
| TPBDP29PC | Soul Vapor \| Tooty Froots 70VG 0mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1056120S070V | Tooty Froots |
| TPBDP28WN | Soul Vapor \| Mint Fudge Brownie 60VG 3mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1037120S3N60V | Mint Fudge Brownie |
| TPBDP293D | Soul Vapor \| Peanut Butter Pie 70VG 3mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #106530S3N70V | Peanut Butter Pie |
| TPBDP29MX | Soul Vapor \| Sweet Tart 60VG 3mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #105430S3N60V | Sweet Tart |
| TPBD5SMWK | Soul Vapor \| Bonbon 70VG 18mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1022120S18N70V | Bonbon 70VG 18mg 120ml |
| TPBD5HCR3 | Soul Vapor \| Blood Dragon MaxVG 3mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #100330S3NMAXV | Blood Dragon MaxVG 3mg 30ml |
| TPBDP28WM | Soul Vapor \| Mint Fudge Brownie MaxVG 0mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1037120S0NMAXV | Mint Fudge Brownie |
| TPBDP28GF | Soul Vapor \| Gloom Lagoon MaxVG 6mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1027120S6NMAXV | Gloom Lagoon |
| TPBDP29JR | Soul Vapor \| Sucker Punch 60VG 0mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #105930S0N60V | Sucker Punch |
| TPBD5Y84J | Soul Vapor \| Fuji Apple Dream 60VG 12mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1026120S12N60V | Fuji Apple Dream 60VG 12mg 120ml |
| TPBD5Y79M | Soul Vapor \| Cool Passion 70VG 12mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1018120S12N70V | Cool Passion 70VG 12mg 120ml |
| TPBDP29GM | Soul Vapor \| Strawberry Shortcake MaxVG 18mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1051120S18NMAXV | Strawberry Shortcake |
| TPBDP29T3 | Soul Vapor \| Turkish Shisha MaxVG 3mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #105730S3NMAXV | Turkish Shisha |
| TPBDP28VB | Soul Vapor \| Lovers Milk 70VG 12mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #103530S12N70V | Lovers Milk |
| TPBDP290V | Soul Vapor \| PB&J Grahams 70VG 3mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1042120S3N70V | PB&J Grahams |
| TPBDP2931 | Soul Vapor \| Peanut Butter Pie MaxVG 6mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1065120S6NMAXV | Peanut Butter Pie |
| TPBDP29MJ | Soul Vapor \| Sweet Tart MaxVG 6mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1054120S6NMAXV | Sweet Tart |
| TPBD5JTB5 | Soul Vapor \| Classic Crush 70VG 12mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #101330S12N70V | Classic Crush 70VG 12mg 30ml |
| TPBDP28V4 | Soul Vapor \| Lovers Milk 70VG 3mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #103530S3N70V | Lovers Milk |
| TPBDP291P | Soul Vapor \| PB&J Grahams MaxVG 18mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #104230S18NMAXV | PB&J Grahams |
| TPBDP28RC | Soul Vapor \| Lemon Cookie MaxVG 18mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #103330S18NMAXV | Lemon Cookie |
| TPBD5SMGP | Soul Vapor \| Classic Reds MaxVG 18mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1016120S18NMAXV | Classic Reds MaxVG 18mg 120ml |
| TPBDP28T8 | Soul Vapor \| Blueberry Pancakes MaxVG 12mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #106230S12N60V | Blueberry Pancakes |
| TPBDP29VF | Soul Vapor \| Zebra Blood MaxVG 18mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #105830S18NMAXV | Zebra Blood |
| TPBD5SMVZ | Soul Vapor \| Coconut Cream 70VG 12mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #101730S12N70V | Coconut Cream 70VG 12mg 30ml |
| TPBD5J1CT | Soul Vapor \| Caraccino MaxVG 6mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #101030S6NMAXV | Caraccino MaxVG 6mg 30ml |
| TPBDP299B | Soul Vapor \| Red Licorice MaxVG 12mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1045120S12NMAXV | Red Licorice |
| TPBDP29KS | Soul Vapor \| Sun Tears 60VG 0mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #105330S0N60V | Sun Tears |
| TPBDP28P3 | Soul Vapor \| Kings Brew 70VG 6mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #103230S6N70V | Kings Brew |
| TPBD5Y80J | Soul Vapor \| Endless Summer MaxVG 3mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #102530S3NMAXV | Endless Summer MaxVG 3mg 30ml |
| TPBDP29P9 | Soul Vapor \| The 'Brina 60VG 18mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #105530S18NMAXV | The 'Brina |
| TPBD5Y7VJ | Soul Vapor \| Cotton Candy 60VG 18mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1020120S18N60V | Cotton Candy 60VG 18mg 120ml |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TPBDP29MV | Soul Vapor \| Sweet Tart 70VG 0mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #105430S0N70V | Sweet Tart |
| TPBDP29NG | Soul Vapor \| The 'Brina MaxVG 3mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #105512OS3NMAXV | The 'Brina |
| TPBD5J1D2 | Soul Vapor \| Bonbon 70VG 0mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #102212OS0N70V | Bonbon 70VG 0mg 120ml |
| TPBDP29MG | Soul Vapor \| Sweet Tart 60VG 6mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #105412OS6N60V | Sweet Tart |
| TPBDP292M | Soul Vapor \| Peach Rings MaxVG 12mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #104130S12NMAXV | Peach Rings |
| TPBDP28PW | Soul Vapor \| Lemon Cookie MaxVG 18mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #103312OS18NMAXV | Lemon Cookie |
| TPBDP28J6 | Soul Vapor \| Grape-A-Berry MaxVG 18mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #102830S18NMAXV | Grape-A-Berry |
| TPBDP292G | Soul Vapor \| Peach Rings 70VG 6mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #104130S6N70V | Peach Rings |
| TPBD5Y7XR | Soul Vapor \| Dream Cream 60VG 6mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #102312OS6N60V | Dream Cream 60VG 6mg 120ml |
| TPBDP2969 | Soul Vapor \| Pomedragon 70VG 18mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #104312OS18N70V | Pomedragon |
| TPBD5GXYZ | Soul Vapor \| Angel Breath MAXVG 0mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1000120M0NMAXV | Angel Breath MaxVG 0mg 120ml |
| TPBD5HVNY | Soul Vapor \| Bucks Blend 70VG 3mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #100812OS3N70V | Bucks Blend 70VG 3mg 120ml |
| TPBDP291H | Soul Vapor \| PB&J Grahams 60VG 12mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #104230S12N60V | PB&J Grahams |
| TPBD5HD2M | Soul Vapor \| Blueberry Cheesecake 69VG 3mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #100430S3N69V | Blueberry Cheesecake 69VG 3mg 30ml |
| TPBD5Y7X0 | Soul Vapor \| Crispy Cakes 60VG 0mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #102130S0N60V | Crispy Cakes 60VG 0mg 30ml |
| TPBD5Y77B | Soul Vapor \| Blueberry Jammy MaxVG 6mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #106430S6NMAXV | Blueberry Jammy MaxVG 6mg 30ml |
| TPBD5Y808 | Soul Vapor \| Endless Summer 70VG 18mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #102512OS18N70V | Endless Summer 70VG 18mg 120ml |
| TPBDP2920 | Soul Vapor \| Peach Rings MaxVG 6mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #104112OS6NMAXV | Peach Rings |
| TPBD5J1DV | Soul Vapor \| Bonbon MaxVG 6mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #102230S6NMAXV | Bonbon MaxVG 6mg 30ml |
| TPBDP293P | Soul Vapor \| Peanut Butter Pie 60VG 18mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #106530S18N60V | Peanut Butter Pie |
| TPBD5J1S1 | Soul Vapor \| Classic Crush MaxVG 3mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #101312OS3NMAXV | Classic Crush MaxVG 3mg 120ml |
| TPBDP297W | Soul Vapor \| Purple Daze 70VG 18mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #104430S18N70V | Purple Daze |
| TPBDP291D | Soul Vapor \| PB&J Grahams 60VG 6mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #104230S6N60V | PB&J Grahams |
| TPBDP29B6 | Soul Vapor \| Red Velvet Cake 60VG 6mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #104612OS6N60V | Red Velvet Cake |
| TPBDP29B5 | Soul Vapor \| Red Velvet Cake 70VG 6mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #104630S6N70V | Red Velvet Cake |
| TPBDP29P5 | Soul Vapor \| The 'Brina 60VG 12mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #105530S12N70V | The 'Brina |
| TPBD5J0PB | Soul Vapor \| Campfire S'mores MaxVG 0mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #100912OS0NMAXV | Campfire S'mores MaxVG 0mg 120ml |
| TPBDP28HZ | Soul Vapor \| Grape-A-Berry 70VG 6mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #102830S6N70V | Grape-A-Berry |
| TPBD5SMVK | Soul Vapor \| Coconut Cream MaxVG 18mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #101712OS18NMAXV | Coconut Cream MaxVG 18mg 120ml |
| TPBD5J1DT | Soul Vapor \| Bonbon 70VG 6mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #102230S6N70V | Bonbon 70VG 6mg 30ml |
| TPBD5HD6H | Soul Vapor \| Bomb-Ade MaxVG 3mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #100530S3NMAXV | Bomb-Ade MaxVG 3mg 30ml |
| TPBDP29N1 | Soul Vapor \| Sweet Tart 70VG 6mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #105430S6N70V | Sweet Tart |
| TPBD5Y7S3 | Soul Vapor \| Cool Passion 70VG 0mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #101812OS0N70V | Cool Passion 70VG 0mg 120ml |
| TPBD5HD9H | Soul Vapor \| Bubblemelon 60VG 3mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #100712OS3N60V | Bubblemelon 60VG 3mg 120ml |
| TPBDP29WC | Soul Vapor \| Iced Strawberry MaxVG 12mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #106730S12NMAXV | Iced Strawberry |
| TPBDP28MN | Soul Vapor \| Just Mint 70VG 12mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #103112OS12N70V | Just Mint |
| TPBDP297M | Soul Vapor \| Purple Daze 60VG 6mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #104430S6N60V | Purple Daze |
| TPBD5HD88 | Soul Vapor \| Bubbleberry 60VG 18mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #100612OS18N60V | Bubbleberry 60VG 18mg 120ml |
| TPBD5GXZ8 | Soul Vapor \| Angel Breath MaxVG 12mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1000120M12NMAXV | Angel Breath MaxVG 12mg 120ml |
| TPBD5SMWZ | Soul Vapor \| Bonbon 60VG 12mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #102230S12N60V | Bonbon 60VG 12mg 30ml |
| TPBD5H01S | Soul Vapor \| Banana Pudding 70VG 18mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #100212OS18N70V | Banana Pudding 70VG 18mg 120ml |
| TPBDP29PB | Soul Vapor \| Tooty Froots 60VG 0mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #105612OS0N60V | Tooty Froots |
| TPBDP29D2 | Soul Vapor \| Scaredy Cat 60VG 0mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #104812OS0N60V | Scaredy Cat |
| TPBD5J0R2 | Soul Vapor \| Campfire S'mores MaxVG 6mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #100930S6NMAXV | Campfire S'mores MaxVG 6mg 120ml |
| TPBD5HD7X | Soul Vapor \| Bubbleberry 70VG 0mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #100612OS0N70V | Bubbleberry 70VG 0mg 120ml |
| TPBDP29B7 | Soul Vapor \| Red Velvet Cake 70VG 6mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #104612OS6N70V | Red Velvet Cake |
| TPBD5Y7SY | Soul Vapor \| Cool Waters 70VG 12mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #101912OS12N70V | Cool Waters 70VG 12mg 120ml |
| TPBD5J0PK | Soul Vapor \| Campfire S'mores 60VG 12mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #100912OS12N60V | Campfire S'mores 60VG 12mg 120ml |
| TPBDP28XK | Soul Vapor \| Monkey Bread 60VG 0mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #103812OS0N60V | Monkey Bread |
| TPBD5HVP5 | Soul Vapor \| Bucks Blend MaxVG 6mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #100812OS6NMAXV | Bucks Blend MaxVG 6mg 120ml |
| TPBDP29KX | Soul Vapor \| Sun Tears 70VG 3mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #105330S3N70V | Sun Tears |
| TPBD5SKGS | Soul Vapor \| Classic Reds 70VG 12mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #101612OS12N70V | Classic Reds 70VG 12mg 120ml |
| TPBDP29BY | Soul Vapor \| Red Velvet Cake 60VG 18mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #104630S18N60V | Red Velvet Cake |
| TPBDP28PN | Soul Vapor \| Lemon Cookie MaxVG 6mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #103312OS6NMAXV | Lemon Cookie |
| TPBDP29F9 | Soul Vapor \| Snow Dragon 60VG 6mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #104912OS6N60V | Snow Dragon |
| TPBD5J0XY | Soul Vapor \| Campfire S'mores MaxVG 12mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #100930S12NMAXV | Campfire S'mores MaxVG 12mg 30ml |
| TPBD5Y6WD | Soul Vapor \| Blueberry Jammy 70VG 0mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #106412OS0N70V | Blueberry Jammy 70VG 0mg 120ml |
| TPBD5HD8B | Soul Vapor \| Bubbleberry MaxVG 18mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #100612OS18NMAXV | Bubbleberry MaxVG 18mg 120ml |
| TPBDP29S5 | Soul Vapor \| Top Shelf MaxVG 6mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #106030S6NMAXV | Top Shelf |
| TPBD5GZCF | Soul Vapor \| Banana Apple Cream 70VG 0mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #100112OS0N70V | Banana Apple Cream 70VG 0mg 120ml |
| TPBDP298N | Soul Vapor \| Razzled 60VG 6mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #105930S6N60V | Razzled |
| TPBDP29MW | Soul Vapor \| Sweet Tart MaxVG 0mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #105430S0NMAXV | Sweet Tart |
| TPBDP2917 | Soul Vapor \| PB&J Grahams 70VG 0mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #104230S0N70V | PB&J Grahams |
| TPBD5J0PN | Soul Vapor \| Campfire S'mores MaxVG 12mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #100912OS12NMAXV | Campfire S'mores MaxVG 12mg 120ml |
| TPBDP28W9 | Soul Vapor \| Mango Melons MaxVG 6mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #103630S6NMAXV | Mango Melons |
| TPBD5J1FM | Soul Vapor \| Cat's Pajamas 70VG 0mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #101130S0N70V | Cat's Pajamas 70VG 0mg 30ml |
| TPBD5SMHX | Soul Vapor \| Coconut Cream 70VG 0mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #101712OS0N70V | Coconut Cream 70VG 0mg 120ml |
| TPBD5GZDD | Soul Vapor \| Banana Apple Cream MaxVG 12mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #100130S12NMAXV | Banana Apple Cream MaxVG 12mg 30ml |
| TPBDP29NV | Soul Vapor \| The 'Brina 60VG 0mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #105530S0N60V | The 'Brina |
| TPBD5SMW4 | Soul Vapor \| Bonbon 60VG 0mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #102212OS0N60V | Bonbon 60VG 0mg 120ml |
| TPBD5J1NK | Soul Vapor \| Cat's Pajamas 60VG 12mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #101130S12N60V | Cat's Pajamas 60VG 12mg 30ml |
| TPBDP28HV | Soul Vapor \| Grape-A-Berry 60VG 3mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #102830S3N60V | Grape-A-Berry |
| TPBD5Y78J | Soul Vapor \| Candy Fish 60VG 12mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #106112OS12N60V | Candy Fish 60VG 12mg 120ml |
| TPBD5J0P2 | Soul Vapor \| Bucks Blend 60VG 12mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #100830S12N60V | Bucks Blend 60VG 12mg 30ml |
| TPBDP29RT | Soul Vapor \| Top Shelf 60VG 18mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #106012OS18N60V | Top Shelf |
| TPBD5Y84N | Soul Vapor \| Fuji Apple Dream 60VG 18mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #102612OS18N60V | Fuji Apple Dream 60VG 18mg 120ml |
| TPBD5J1PS | Soul Vapor \| Chai Tea 70VG 18mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #105030S18N70V | Chai Tea 70VG 18mg 30ml |
| TPBDP29CG | Soul Vapor \| Sanguine Nectar 70VG 18mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #104712OS18N70V | Sanguine Nectar |
| TPBDP2901 | Soul Vapor \| Paisley Lynn MaxVG 12mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #104012OS12NMAXV | Paisley Lynn |
| TPBD5Y7Y4 | Soul Vapor \| Dream Cream 60VG 3mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #102330S3N60V | Dream Cream 60VG 3mg 30ml |
| TPBD5Y7TH | Soul Vapor \| Cool Passion 60VG 18mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #101830S18N60V | Cool Passion 60VG 18mg 30ml |
| TPBDP28H0 | Soul Vapor \| Gloom Lagoon 60VG 12mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #102730S12N70V | Gloom Lagoon |
| TPBDP28VZ | Soul Vapor \| Mango Melons 70VG 18mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #103612OS18N70V | Mango Melons |
| TPBDP29KH | Soul Vapor \| Sun Tears MaxVG 6mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #105312OS6NMAXV | Sun Tears |
| TPBD5RDXP | Soul Vapor \| Classic Menthols 70VG 6mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #101512OS6N70V | Classic Menthols 70VG 6mg 120ml |
| TPBDP28ZK | Soul Vapor \| Moon Milk 70VG 18mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #103930S18N70V | Moon Milk |
| TPBD5RDWK | Soul Vapor \| Classic Lights MaxVG 3mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #101412OS3NMAXV | Classic Lights MaxVG 3mg 120ml |
| TPBDP29H7 | Soul Vapor \| Strawberry Taffy MaxVG 0mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #105212OS0NMAXV | Strawberry Taffy |
| TPBDP28Y6 | Soul Vapor \| Monkey Bread 60VG 3mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #103830S3N60V | Monkey Bread |
| TPBDP29PG | Soul Vapor \| Tooty Froots 70VG 3mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #105612OS3N70V | Tooty Froots |
| TPBD5RDWN | Soul Vapor \| Classic Lights 70VG 6mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #101412OS6N70V | Classic Lights 70VG 6mg 120ml |
| TPBD5Y782 | Soul Vapor \| Blueberry Jammy 70VG 18mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #106430S18N70V | Blueberry Jammy 70VG 18mg 30ml |
| TPBD5J1FD | Soul Vapor \| Cat's Pajamas 70VG 12mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #101112OS12N70V | Cat's Pajamas 70VG 12mg 120ml |
| TPBD5H01K | Soul Vapor \| Banana Pudding MaxVG 6mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #100212OS6NMAXV | Banana Pudding MaxVG 6mg 120ml |
| TPBDP28G6 | Soul Vapor \| Gloom Lagoon 70VG 0mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #102712OS0N70V | Gloom Lagoon |
| TPBDP29VD | Soul Vapor \| Zebra Blood 70VG 18mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #105830S18N70V | Zebra Blood |
| TPBDP29J1 | Soul Vapor \| Strawberry Taffy 70VG 12mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #105230S12N70V | Strawberry Taffy |
| TPBDP28ZZ | Soul Vapor \| Paisley Lynn 60VG 12mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #104012OS12N60V | Paisley Lynn |
| TPBDP2926 | Soul Vapor \| Peach Rings MaxVG 18mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #104112OS18NMAXV | Peach Rings |
| TPBD5SMHP | Soul Vapor \| Classic Menthols 70VG 24mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #101512OS24N70V | Classic Menthols 70VG 24mg 120ml |
| TPBDP29ST | Soul Vapor \| Turkish Shisha MaxVG 12mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #105712OS12NMAXV | Turkish Shisha |
| TPBDP28ZV | Soul Vapor \| Paisley Lynn MaxVG 3mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #104012OS3NMAXV | Paisley Lynn |
| TPBDP299N | Soul Vapor \| Red Licorice MaxVG 3mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #104530S3NMAXV | Red Licorice |
| TPBD5J0P4 | Soul Vapor \| Bucks Blend MaxVG 12mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #100830S12NMAXV | Bucks Blend MaxVG 12mg 30ml |
| TPBDP291C | Soul Vapor \| PB&J Grahams MaxVG 3mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #104230S3NMAXV | PB&J Grahams |
| TPBD5HD2W | Soul Vapor \| Blueberry Cheesecake MaxVG 12mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #100430S12NMAXV | Blueberry Cheesecake MaxVG 12mg 30ml |
| TPBD5RDX9 | Soul Vapor \| Classic Lights MaxVG 12mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #101430S12NMAXV | Classic Lights MaxVG 12mg 30ml |
| TPBDP293K | Soul Vapor \| Peanut Butter Pie 60VG 12mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #106530S12N60V | Peanut Butter Pie |
| TPBDP29NB | Soul Vapor \| The 'Brina 70VG 0mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #105512OS0N70V | The 'Brina |
| TPBD5Y7V7 | Soul Vapor \| Cotton Candy 60VG 3mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #102012OS3N60V | Cotton Candy 60VG 3mg 120ml |
| TPBDP29NC | Soul Vapor \| The 'Brina MaxVG 0mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #105512OS0NMAXV | The 'Brina |
| TPBDP29VR | Soul Vapor \| Iced Strawberry 70VG 6mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #106712OS6N70V | Iced Strawberry |
| TPBD5HD9W | Soul Vapor \| Bubblemelon MaxVG 18mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #100730S18NMAXV | Bubblemelon MaxVG 18mg 30ml |
| TPBDP28RT | Soul Vapor \| Lola Cherry Cola MaxVG 12mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #103412OS12NMAXV | Lola Cherry Cola |
| TPBDP29MB | Soul Vapor \| Sweet Tart MaxVG 0mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #105412OS0NMAXV | Sweet Tart |
| TPBD5GXZH | Soul Vapor \| Angel Breath 60VG 3mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #100030S3N60V | Angel Breath 60VG 3mg 30ml |
| TPBD5JT9T | Soul Vapor \| Classic Crush 70VG 3mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #101330S3N70V | Classic Crush 70VG 3mg 30ml |
| TPBDP28KC | Soul Vapor \| Hot Sauce 60VG 3mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #103012OS3N60V | Hot Sauce |
| TPBDP29FP | Soul Vapor \| Snow Dragon MaxVG 0mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #104930S0NMAXV | Snow Dragon |
| TPBDP29C8 | Soul Vapor \| Sanguine Nectar 70VG 6mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #104712OS6N70V | Sanguine Nectar |
| TPBDP2941 | Soul Vapor \| Pecan Pie 70VG 6mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #106612OS6N70V | Pecan Pie |
| TPBD5HCRR | Soul Vapor \| Blueberry Cheesecake MaxVG 6mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #100412OS6NMAXV | Blueberry Cheesecake MaxVG 6mg 120ml |
| TPBDP295P | Soul Vapor \| Pineapple Rings 70VG 12mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #106330S12N70V | Pineapple Rings |
| TPBD5RDYH | Soul Vapor \| Classic Reds 70VG 0mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #101612OS0N70V | Classic Reds 70VG 0mg 120ml |
| TPBDP28M2 | Soul Vapor \| Hot Sauce MaxVG 6mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #103030S6NMAXV | Hot Sauce |
| TPBDP28K1 | Soul Vapor \| Honey Pot MaxVG 6mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #102930S6NMAXV | Honey Pot |
| TPBD5GXZD | Soul Vapor \| Angel Breath 60VG 0mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #100030S0N60V | Angel Breath 60VG 0mg 30ml |
| TPBD5Y7Y7 | Soul Vapor \| Dream Cream 60VG 6mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #102330S6N60V | Dream Cream 60VG 6mg 30ml |
| TPBDP29BN | Soul Vapor \| Red Velvet Cake 70VG 3mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #104630S3N70V | Red Velvet Cake |
| TPBD5J1CW | Soul Vapor \| Caraccino 70VG 12mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #101030S12N70V | Caraccino 70VG 12mg 30ml |
| TPBD5RDXY | Soul Vapor \| Classic Menthols MaxVG 18mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #101512OS18NMAXV | Classic Menthols MaxVG 18mg 120ml |
| TPBDP29J4 | Soul Vapor \| Strawberry Taffy 70VG 18mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #105230S18N70V | Strawberry Taffy |
| TPBD5J0PS | Soul Vapor \| Campfire S'mores MaxVG 18mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #100912OS18NMAXV | Campfire S'mores MaxVG 18mg 120ml |
| TPBDP2905 | Soul Vapor \| Paisley Lynn 60VG 0mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #104030S0N60V | Paisley Lynn |
| TPBD5GZCX | Soul Vapor \| Banana Apple Cream MaxVG 12mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #100112OS12NMAXV | Banana Apple Cream MaxVG 12mg 120ml |
| TPBD5SMHS | Soul Vapor \| Classic Menthols 60VG 24mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #101530S24N60V | Classic Menthols 60VG 24mg 30ml |
| TPBD5Y7TD | Soul Vapor \| Cool Passion 60VG 12mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #101830S12N60V | Cool Passion 60VG 12mg 30ml |
| TPBDP29NT | Soul Vapor \| The 'Brina MaxVG 18mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #105512OS18NMAXV | The 'Brina |
| TPBDP28VS | Soul Vapor \| Mango Melons 70VG 6mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #103612OS6N70V | Mango Melons |
| TPBD5GZCZ | Soul Vapor \| Banana Apple Cream 70VG 18mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #100112OS18N70V | Banana Apple Cream 70VG 18mg 120ml |
| TPBDP29SC | Soul Vapor \| Top Shelf MaxVG 18mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #106030S18NMAXV | Top Shelf |
| TPBD5J1DD | Soul Vapor \| Bonbon MaxVG 12mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #102212OS12NMAXV | Bonbon MaxVG 12mg 120ml |
| TPBD5HVYH | Soul Vapor \| Bucks Blend 60VG 18mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #100812OS18N60V | Bucks Blend 60VG 18mg 120ml |
| TPBDP28MG | Soul Vapor \| Just Mint MaxVG 3mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #103112OS3NMAXV | Just Mint |
| TPBD5J0PG | Soul Vapor \| Campfire S'mores 60VG 6mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #100912OS6N60V | Campfire S'mores 60VG 6mg 120ml |
| TPBDP298D | Soul Vapor \| Razzled MaxVG 18mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #105912OS18NMAXV | Razzled |
| TPBDP2958 | Soul Vapor \| Pineapple Rings 70VG 18mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #106312OS18N70V | Pineapple Rings |
| TPBDP29SR | Soul Vapor \| Turkish Shisha 60VG 12mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #105712OS12N60V | Turkish Shisha |
| TPBD5Y7VR | Soul Vapor \| Cotton Candy MaxVG 0mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #102030S0NMAXV | Cotton Candy MaxVG 0mg 30ml |
| TPBD5HCPJ | Soul Vapor \| Blood Dragon 70VG 3mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #100312OS3N70V | Blood Dragon 70VG 3mg 120ml |
| TPBD5SMHC | Soul Vapor \| Classic Reds 70VG 24mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #101630S24N70V | Classic Reds 70VG 24mg 30ml |
| TPBDP2946 | Soul Vapor \| Pecan Pie 60VG 18mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #106612OS18N60V | Pecan Pie |
| TPBDP28ZJ | Soul Vapor \| Moon Milk 60VG 18mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #103930S18N60V | Moon Milk |
| TPBD5Y7XS | Soul Vapor \| Dream Cream 70VG 6mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #102312OS6N70V | Dream Cream 70VG 6mg 120ml |
| TPBD5HD2T | Soul Vapor \| Blueberry Cheesecake 60VG 12mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #100430S12N60V | Blueberry Cheesecake 60VG 12mg 30ml |
| TPBD5HD3B | Soul Vapor \| Bomb-Ade 70VG 12mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #100512OS12N70V | Bomb-Ade 70VG 12mg 120ml |
| TPBDP28H6 | Soul Vapor \| Grape-A-Berry 60VG 0mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #102812OS0N60V | Grape-A-Berry |
| TPBDP28SM | Soul Vapor \| Blueberry Pancakes MaxVG 3mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #106212OS3NMAXV | Blueberry Pancakes |
| TPBDP29VT | Soul Vapor \| Iced Strawberry 60VG 12mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #106712OS12N60V | Iced Strawberry |
| TPBDP297S | Soul Vapor \| Purple Daze 70VG 12mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #104430S12N70V | Purple Daze |
| TPBDP294C | Soul Vapor \| Pecan Pie MaxVG 0mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #106630S0NMAXV | Pecan Pie |
| TPBDP28ZH | Soul Vapor \| Moon Milk MaxVG 12mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #103930S12NMAXV | Moon Milk |
| TPBD5Y7XK | Soul Vapor \| Dream Cream MaxVG 0mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #102312OS0NMAXV | Dream Cream MaxVG 0mg 120ml |
| TPBDP28K6 | Soul Vapor \| Honey Pot 70VG 18mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #102930S18N70V | Honey Pot |
| TPBD5J1RC | Soul Vapor \| Cherry Cheesecake 70VG 0mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #101230S0N70V | Cherry Cheesecake 70VG 0mg 30ml |
| TPBD5HD8Z | Soul Vapor \| Bubblemelon MaxVG 0mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #100712OS0NMAXV | Bubblemelon MaxVG 0mg 120ml |
| TPBDP296X | Soul Vapor \| Purple Daze 60VG 0mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #104412OS0N60V | Purple Daze |
| TPBDP28Z7 | Soul Vapor \| Moon Milk 60VG 3mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #103930S3N60V | Moon Milk |
| TPBDP29MS | Soul Vapor \| Sweet Tart MaxVG 18mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #105412OS18NMAXV | Sweet Tart |
| TPBD5GXZ2 | Soul Vapor \| Angel Breath MaxVG 3mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1000120M3NMAXV | Angel Breath MaxVG 3mg 120ml |
| TPBD5SMVW | Soul Vapor \| Coconut Cream 70VG 6mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #101730S6N70V | Coconut Cream 70VG 6mg 30ml |
| TPBD5HD39 | Soul Vapor \| Bomb-Ade 60VG 12mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #100512OS12N60V | Bomb-Ade 60VG 12mg 120ml |
| TPBDP29MM | Soul Vapor \| Sweet Tart 70VG 12mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #105412OS12N70V | Sweet Tart |
| TPBDP28ZB | Soul Vapor \| Moon Milk 60VG 6mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #103930S6N60V | Moon Milk |
| TPBD5JTB8 | Soul Vapor \| Classic Crush 70VG 18mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #101330S18N70V | Classic Crush 70VG 18mg 30ml |
| TPBDP29V7 | Soul Vapor \| Zebra Blood MaxVG 6mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #105830S6NMAXV | Zebra Blood |
| TPBD5GXZ7 | Soul Vapor \| Angel Breath 70VG 12mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #1000120S12N70V | Angel Breath 70VG 12mg 120ml |
| TPBDP2961 | Soul Vapor \| Pomedragon MaxVG 3mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #104312OS3NMAXV | Pomedragon |
| TPBDP298G | Soul Vapor \| Razzled 70VG 0mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #105930S0N70V | Razzled |
| TPBD5Y7YD | Soul Vapor \| Dream Cream MaxVG 12mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #102330S12NMAXV | Dream Cream MaxVG 12mg 30ml |
| TPBD5Y80F | Soul Vapor \| Endless Summer 60VG 3mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #102530S3N60V | Endless Summer 60VG 0mg 30ml |
| TPBDP293H | Soul Vapor \| Peanut Butter Pie 70VG 6mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #106530S6N70V | Peanut Butter Pie |
| TPBD5HCRD | Soul Vapor \| Blood Dragon MaxVG 18mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #100330S18NMAXV | Blood Dragon MaxVG 18mg 30ml |
| TPBDP2971 | Soul Vapor \| Purple Daze 70VG 3mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #104412OS3N70V | Purple Daze |
| TPBDP28HN | Soul Vapor \| Grape-A-Berry 70VG 18mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #102812OS18N70V | Grape-A-Berry |
| TPBD5J1F9 | Soul Vapor \| Cat's Pajamas 70VG 6mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #101112OS6N70V | Cat's Pajamas 70VG 6mg 120ml |
| TPBDP290S | Soul Vapor \| PB&J Grahams MaxVG 0mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #104212OS0NMAXV | PB&J Grahams |
| TPBD5Y7XJ | Soul Vapor \| Dream Cream 70VG 0mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #102312OS0N70V | Dream Cream 70VG 0mg 120ml |
| TPBDP28KM | Soul Vapor \| Hot Sauce 70VG 12mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #103012OS12N70V | Hot Sauce |
| TPBDP29C4 | Soul Vapor \| Sanguine Nectar 60VG 3mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #104712OS3N60V | Sanguine Nectar |
| TPBD5J1D3 | Soul Vapor \| Bonbon MaxVG 0mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #102212OS0NMAXV | Bonbon MaxVG 0mg 120ml |
| TPBDP29M4 | Soul Vapor \| Sun Tears MaxVG 12mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #105330S12NMAXV | Sun Tears |
| TPBDP2972 | Soul Vapor \| Purple Daze MaxVG 3mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #104412OS3NMAXV | Purple Daze |
| TPBD5J1F0 | Soul Vapor \| Bonbon 70VG 18mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #102230S18N70V | Bonbon 70VG 18mg 30ml |
| TPBDP28TY | Soul Vapor \| Lovers Milk 70VG 18mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #103512OS18N70V | Lovers Milk |
| TPBDP29SJ | Soul Vapor \| Turkish Shisha 70VG 3mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #105712OS3N70V | Turkish Shisha |
| TPBD5Y7ZS | Soul Vapor \| Endless Summer 60VG 3mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #102512OS3N60V | Endless Summer 60VG 3mg 120ml |
| TPBDP2918 | Soul Vapor \| PB&J Grahams MaxVG 0mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #104230S0NMAXV | PB&J Grahams |
| TPBDP28G7 | Soul Vapor \| Gloom Lagoon MaxVG 0mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #102712OS0NMAXV | Gloom Lagoon |
| TPBD5J1PG | Soul Vapor \| Chai Tea MaxVG 3mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #105030S3NMAXV | Chai Tea MaxVG 3mg 30ml |
| TPBD5H016 | Soul Vapor \| Banana Pudding 70VG 0mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #100212OS0N70V | Banana Pudding 70VG 0mg 120ml |
| TPBD5J1DB | Soul Vapor \| Bonbon 60VG 12mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #102212OS12N60V | Bonbon 60VG 12mg 120ml |
| TPBDP28N5 | Soul Vapor \| Just Mint 70VG 12mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #103130S12N70V | Just Mint |
| TPBD5Y7XX | Soul Vapor \| Dream Cream MaxVG 12mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #102312OS12NMAXV | Dream Cream MaxVG 12mg 120ml |
| TPBDP294F | Soul Vapor \| Pecan Pie 70VG 3mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #106630S3N70V | Pecan Pie |
| TPBDP29T8 | Soul Vapor \| Turkish Shisha 70VG 12mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #105730S12N70V | Turkish Shisha |
| TPBDP29NM | Soul Vapor \| The 'Brina 60VG 12mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #105512OS12N60V | The 'Brina |
| TPBDP28VP | Soul Vapor \| Mango Melons MaxVG 3mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #103612OS3NMAXV | Mango Melons |
| TPBDP295X | Soul Vapor \| Pomedragon 70VG 0mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #104312OS0N70V | Pomedragon |
| TPBD5Y7X1 | Soul Vapor \| Crispy Cakes 70VG 0mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #102130S0N70V | Crispy Cakes 70VG 0mg 30ml |
| TPBDP297D | Soul Vapor \| Purple Daze 60VG 0mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #104430S0N60V | Purple Daze |
| TPBDP29VJ | Soul Vapor \| Iced Strawberry MaxVG 0mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #106712OS0NMAXV | Iced Strawberry |
| TPBDP292W | Soul Vapor \| Peanut Butter Pie 60VG 3mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #106512OS3N60V | Peanut Butter Pie |
| TPBD5Y7W7 | Soul Vapor \| Crispy Cakes MaxVG 0mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #102112OS0NMAXV | Crispy Cakes MaxVG 0mg 120ml |
| TPBDP28Z2 | Soul Vapor \| Moon Milk 70VG 18mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #103912OS18N70V | Moon Milk |
| TPBDP28JT | Soul Vapor \| Honey Pot 70VG 0mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #102930S0N70V | Honey Pot |
| TPBD5HD9F | Soul Vapor \| Bubblemelon 70VG 0mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #100730S0N70V | Bubblemelon 70VG 0mg 30ml |
| TPBD5Y790 | Soul Vapor \| Candy Fish 70VG 6mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #106130S6N70V | Candy Fish 70VG 6mg 30ml |
| TPBDP29F8 | Soul Vapor \| Snow Dragon MaxVG 3mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #104912OS3NMAXV | Snow Dragon |
| TPBDP29RN | Soul Vapor \| Top Shelf MaxVG 6mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #106012OS6NMAXV | Top Shelf |
| TPBD5HD91 | Soul Vapor \| Bubblemelon 70VG 3mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #100730S3N70V | Bubblemelon 70VG 3mg 120ml |
| TPBD5HD80 | Soul Vapor \| Bubbleberry 70VG 3mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #100612OS3N70V | Bubbleberry 70VG 3mg 120ml |
| TPBDP299G | Soul Vapor \| Red Licorice 60VG 0mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #104530S0N60V | Red Licorice |
| TPBDP291R | Soul Vapor \| Peach Rings 60VG 0mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #104112OS0N60V | Peach Rings |
| TPBDP29NH | Soul Vapor \| The 'Brina 60VG 6mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #105512OS6N60V | The 'Brina |
| TPBDP28KB | Soul Vapor \| Hot Sauce MaxVG 0mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #103012OS0NMAXV | Hot Sauce |
| TPBD5Y79N | Soul Vapor \| Cool Passion MaxVG 12mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #101812OS12NMAXV | Cool Passion MaxVG 12mg 120ml |
| TPBD5J0P1 | Soul Vapor \| Bucks Blend MaxVG 6mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #100830S6NMAXV | Bucks Blend MaxVG 6mg 30ml |
| TPBDP29G7 | Soul Vapor \| Strawberry Shortcake 60VG 3mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #105112OS3N60V | Strawberry Shortcake |
| TPBD5J1PV | Soul Vapor \| Cherry Cheesecake 60VG 0mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #101212OS0N60V | Cherry Cheesecake 60VG 0mg 120ml |
| TPBD5Y7YH | Soul Vapor \| Dream Cream MaxVG 18mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #102330S18NMAXV | Dream Cream MaxVG 18mg 30ml |
| TPBDP29DB | Soul Vapor \| Scaredy Cat MaxVG 6mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #104812OS6NMAXV | Scaredy Cat |
| TPBD5JWGD | Soul Vapor \| Classic Crush 60VG 24mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #101330S24N60V | Classic Crush 60VG 24mg 30ml |
| TPBD5Y80V | Soul Vapor \| Endless Summer MaxVG 6mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #102530S6NMAXV | Endless Summer MaxVG 6mg 30ml |
| TPBDP29H2 | Soul Vapor \| Strawberry Shortcake 60VG 18mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #105130S18N60V | Strawberry Shortcake |
| TPBDP28H8 | Soul Vapor \| Grape-A-Berry MaxVG 0mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #102812OS0NMAXV | Grape-A-Berry |
| TPBDP29N2 | Soul Vapor \| Sweet Tart MaxVG 6mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #105430S6NMAXV | Sweet Tart |
| TPBDP29V1 | Soul Vapor \| Zebra Blood MaxVG 0mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #105830S0NMAXV | Zebra Blood |
| TPBD5J0PJ | Soul Vapor \| Campfire S'mores MaxVG 6mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #100912OS6NMAXV | Campfire S'mores MaxVG 6mg 120ml |
| TPBDP29CW | Soul Vapor \| Sanguine Nectar 60VG 12mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #104730S12N60V | Sanguine Nectar |
| TPBD5Y7VX | Soul Vapor \| Cotton Candy 70VG 6mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #102030S6N70V | Cotton Candy 70VG 6mg 30ml |
| TPBDP29TY | Soul Vapor \| Zebra Blood MaxVG 18mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #105812OS18NMAXV | Zebra Blood |
| TPBD5J1SB | Soul Vapor \| Classic Crush MaxVG 18mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #101312OS18NMAXV | Classic Crush MaxVG 18mg 120ml |
| TPBD5H01J | Soul Vapor \| Banana Pudding 70VG 6mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #100212OS6N70V | Banana Pudding 70VG 6mg 120ml |
| TPBDP28RS | Soul Vapor \| Lola Cherry Cola 70VG 12mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #103412OS12N70V | Lola Cherry Cola |
| TPBD5GXZM | Soul Vapor \| Angel Breath 60VG 6mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #100030S6N60V | Angel Breath 60VG 6mg 30ml |
| TPBD5Y7SJ | Soul Vapor \| Cool Passion MaxVG 18mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #101812OS18NMAXV | Cool Passion MaxVG 18mg 120ml |
| TPBDP29HF | Soul Vapor \| Strawberry Taffy MaxVG 6mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #105212OS6NMAXV | Strawberry Taffy |
| TPBD5SMH5 | Soul Vapor \| Classic Reds 70VG 12mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #101630S12N70V | Classic Reds 70VG 12mg 30ml |
| TPBDP29DY | Soul Vapor \| Scaredy Cat 70VG 12mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #104830S12N70V | Scaredy Cat |
| TPBD5Y7T5 | Soul Vapor \| Cool Passion 60VG 3mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #101830S3N60V | Cool Passion 60VG 3mg 30ml |
| TPBD5J1S5 | Soul Vapor \| Classic Crush 60VG 12mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #101312OS12N60V | Classic Crush 60VG 12mg 120ml |
| TPBDP29GC | Soul Vapor \| Strawberry Shortcake 70VG 6mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #105112OS6N70V | Strawberry Shortcake |
| TPBD5Y6WR | Soul Vapor \| Blueberry Jammy 60VG 3mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #106412OS3N60V | Blueberry Jammy 60VG 3mg 120ml |
| TPBD5J1R8 | Soul Vapor \| Cherry Cheesecake 70VG 18mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #101212OS18N70V | Cherry Cheesecake 70VG 18mg 120ml |
| TPBD5J1RK | Soul Vapor \| Cherry Cheesecake 70VG 6mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #101230S6N70V | Cherry Cheesecake 70VG 6mg 30ml |
| TPBDP29P1 | Soul Vapor \| The 'Brina 60VG 6mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #105530S6N60V | The 'Brina |
| TPBDP29J0 | Soul Vapor \| Strawberry Taffy 60VG 12mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #105230S12N60V | Strawberry Taffy |
| TPBD5SMWN | Soul Vapor \| Bonbon 60VG 0mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #102230S0N60V | Bonbon 60VG 0mg 30ml |
| TPBDP29MZ | Soul Vapor \| Sweet Tart MaxVG 3mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #105430S3NMAXV | Sweet Tart |
| TPBD5Y7W9 | Soul Vapor \| Crispy Cakes 70VG 3mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #102112OS3N70V | Crispy Cakes 70VG 3mg 120ml |
| TPBD5Y788 | Soul Vapor \| Candy Fish 70VG 3mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #106112OS3N70V | Candy Fish 70VG 3mg 120ml |
| TPBDP29FY | Soul Vapor \| Snow Dragon 60VG 12mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #104930S12N60V | Snow Dragon |
| TPBD5J0Y1 | Soul Vapor \| Campfire S'mores MaxVG 18mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #100930S18NMAXV | Campfire S'mores MaxVG 18mg 30ml |
| TPBDP28ZS | Soul Vapor \| Paisley Lynn 60VG 3mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #104012OS3N60V | Paisley Lynn |
| TPBD5Y77Y | Soul Vapor \| Blueberry Jammy MaxVG 12mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #106430S12NMAXV | Blueberry Jammy MaxVG 12mg 30ml |
| TPBDP293C | Soul Vapor \| Peanut Butter Pie 60VG 3mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #106530S3N60V | Peanut Butter Pie |
| TPBDP28Y4 | Soul Vapor \| Monkey Bread 70VG 0mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #103830S0N70V | Monkey Bread |
| TPBDP29MT | Soul Vapor \| Sweet Tart 60VG 0mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #105430S0N60V | Sweet Tart |
| TPBD5HCRP | Soul Vapor \| Blueberry Cheesecake 69VG 6mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #100412OS6N69V | Blueberry Cheesecake 69VG 6mg 120ml |
| TPBD5Y7S6 | Soul Vapor \| Cool Passion 70VG 3mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #101812OS3N70V | Cool Passion 70VG 3mg 120ml |
| TPBDP298C | Soul Vapor \| Razzled 70VG 18mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #105912OS18N70V | Razzled |
| TPBDP2915 | Soul Vapor \| PB&J Grahams MaxVG 18mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #104212OS18NMAXV | PB&J Grahams |
| TPBD5RDX6 | Soul Vapor \| Classic Lights MaxVG 6mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #101430S6NMAXV | Classic Lights MaxVG 6mg 30ml |
| TPBDP29SG | Soul Vapor \| Turkish Shisha MaxVG 0mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #105712OS0NMAXV | Turkish Shisha |
| TPBDP29K7 | Soul Vapor \| Sun Tears 60VG 0mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #105312OS0N60V | Sun Tears |
| TPBD5Y78W | Soul Vapor \| Candy Fish 60VG 3mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #106130S3N60V | Candy Fish 60VG 3mg 30ml |
| TPBDP28GX | Soul Vapor \| Gloom Lagoon 60VG 6mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #102730S6N70V | Gloom Lagoon |
| TPBD5J0P7 | Soul Vapor \| Bucks Blend MaxVG 18mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #100830S18NMAXV | Bucks Blend MaxVG 18mg 30ml |
| TPBDP29VM | Soul Vapor \| Iced Strawberry 70VG 3mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #106712OS3N70V | Iced Strawberry |
| TPBD5Y78X | Soul Vapor \| Candy Fish 70VG 3mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #106130S3N70V | Candy Fish 70VG 3mg 30ml |
| TPBDP2938 | Soul Vapor \| Peanut Butter Pie 60VG 0mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #106530S0N60V | Peanut Butter Pie |
| TPBD5Y7XC | Soul Vapor \| Crispy Cakes MaxVG 12mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #102130S12NMAXV | Crispy Cakes MaxVG 12mg 30ml |
| TPBDP29DT | Soul Vapor \| Scaredy Cat 60VG 6mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #104830S6N60V | Scaredy Cat |
| TPBD5Y730 | Soul Vapor \| Blueberry Jammy 60VG 18mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #106412OS18N60V | Blueberry Jammy 60VG 18mg 120ml |
| TPBDP29RX | Soul Vapor \| Top Shelf 60VG 0mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #106030S0N60V | Top Shelf |
| TPBD5Y777 | Soul Vapor \| Blueberry Jammy MaxVG 3mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #106430S3NMAXV | Blueberry Jammy MaxVG 3mg 30ml |
| TPBDP29CP | Soul Vapor \| Sanguine Nectar 70VG 3mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #104730S3N70V | Sanguine Nectar |
| TPBD5HD9B | Soul Vapor \| Bubblemelon 70VG 18mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #100712OS18N70V | Bubblemelon 70VG 18mg 120ml |
| TPBD5RDWS | Soul Vapor \| Classic Lights 70VG 12mg 120ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #101412OS12N70V | Classic Lights 70VG 12mg 120ml |
| TPBD5J1PM | Soul Vapor \| Chai Tea 60VG 12mg 30ml | inactive | Electronic Nicotine Delivery System or Part | E-Liquid | Consumer Use | #105030S12N60V | Chai Tea 60VG 12mg 30ml |

# EXHIBIT A

## Elenita Ibarra-Pratt Declaration

## A-3 Ibarra-Pratt Exhibit

Home

Back to Establishment List

# Soul Vapor

Edit

## Overview

| | |
|---|---|
| **Date Created** | 09/20/2018 11:39 PM By soulvaporejuice@gmail.com |
| **Date Last Verified** | 09/21/2018 |
| **Last Edited** | 11/29/2022 12:32 PM By Brandi.Sutton@fda.hhs.gov |
| **Last Submitted/ Certified** | |

## Establishment Status & Details

Verify Actions

Inactive

| | |
|---|---|
| **Date of Inactivation** | 09/20/2021 |
| **Reason for Inactivation** | Out of business |
| **FEI** | 3014759057 |
| **OEI Email Sent Date** | |
| **Establishment Address** | 604 Thorn Street FRNT, Princeton, WV, 24740, US |
| **Operations** | Labeling, Manufacturing, Packaging, Storing |

## Inspections

Edit

| | |
|---|---|
| **Inspection Type** | Vape Shop |
| **Inspection Hold** | |
| **Scheduled Inspection** | |
| **Projected Inspection** | |
| **Last Inspection** | 03/25/2022 |

## Products

View

| Product Category, Intent of Use | Total Products |
|---|---|
| Electronic Nicotine Delivery System or Part, Consumer Use | 2,141 |

## Contacts (1)

**Aurelius Jeffrey** Primary Contact

soulvaporejuice@gmail.com
1 1 3043206019 (work)

## FDA Comments

Add

https://soulvaporejuice.com

11/02/2021 09:51 AM by Carolyn.Nguyen@fda.hhs.gov

## Owner Information

**Soul Vapor**

604 Thorn Street, Princeton, WV 24740, US
1 Point(s) of Contact

## Industry Comments

No records to show

## Operator Information

**Aurelius Jeffrey**

604 Thorn St, Princeton, WV 24740, US
Sole Proprietor
0 Point(s) of Contact

# EXHIBIT A

## Elenita Ibarra-Pratt Declaration

## A-4 Ibarra-Pratt Exhibit

Home

# Change Log on Registration

Search

Search for Establishments Clear Filters (0) Search

Establishments Products Material Files

1 to 1 of 1 Establishments Jump to Page 1 Go Show 10 1

1 to 1 of 1 Establishments Jump to Page 1 Go Show 10 1

| | | | |
|---|---|---|---|
| Reason | | Out of business | soulvaporejuice@gmail.com |
| Active/Inactive Date | | 2021-09-20T18:26:51.000Z | soulvaporejuice@gmail.com |
| Establishment Status | active | inactive | soulvaporejuice@gmail.com |

| | | | |
|---|---|---|---|
| Establishment Created | | | soulvaporejuice@gmail.com |

# EXHIBIT A

## Elenita Ibarra-Pratt Declaration

## A-5 Ibarra-Pratt Exhibit


VMware Horizon
hosted.npc-east.com/portal/webclient/index.html#/desktop
Portland - Rotating | ONLINE
Honey Pot | Soul Vapor E-Liquid
soulvaporejuice.com/product/honey-pot/
ABOUT US SHOP FAQ VAPING NEWS MUSIC CONTACT US
LOGIN CART / $0.00 0
DJ SOUL MANIFEST
HOME / E-LIQUID / TOBACCO
Honey Pot
$4.00 – $25.00
Caramel, Black Honey, Tobacco
CLEAR
Size 33ml
Nicotine 18mg
VG/PG Ratio 70VG/30PG (standard/su
11:39 AM 2/8/2021
2:39 PM 2/8/2021


VMware Horizon
hosted.npc-east.com/portal/webclient/index.html#/desktop
Portland - Rotating | ONLINE
Honey Pot | Soul Vapor E-Liquid
soulvaporejuice.com/product/honey-pot/
ABOUT US
SHOP
FAQ
VAPING NEWS
MUSIC
CONTACT US
LOGIN
CART / $0.00
0
$10.00
1
ADD TO CART
Add to Wishlist
SKU: N/A
Categories: E-Liquid, Tobacco
Tags: black honey, caramel, tobacco
Share this:
11:41 AM
2/8/2021
2:41 PM
2/8/2021

VMware Horizon

hosted.npc-east.com/portal/webclient/index.html#/desktop

Portland - Rotating | ONLINE

Honey Pot | Soul Vapor E-Liquid

soulvaporejuice.com/product/honey-pot/

ABOUT US SHOP FAQ VAPING NEWS MUSIC CONTACT US LOGIN CART / $0.00 0

DESCRIPTION ADDITIONAL INFORMATION REVIEWS (0)

Product Description

**Honey Pot** is a sweet and sophisticated flavor. We fuse together three fine tobacco flavors with hints of caramel and black honey in the finishing notes. Above all, this boldly rich, full-bodied vape is an alluring blend that will take you on a journey across the Orient. If you enjoy exotic tobacco flavors then check out our **Turkish Shisha** e-juice as well.

**WARNING: This Product Contains Nicotine. Nicotine is an addictive chemical.**

Note: All our juices are Diacetyl, Acetyl Propionyl, and Acetoin free!

We manufacture each bottle of Soul Vapor e-juice using only 100% pure USP grade propylene glycol (PG) and 100% pure USP grade vegetable glycerin. Likewise, we use quality USP grade premium nicotine and distilled water. Our premium flavorings are all 100% PG based.

11:42 AM 2/8/2021

2:42 PM 2/8/2021


VMware Horizon
hosted.npc-east.com/portal/webclient/index.html#/desktop
Portland - Rotating | ONLINE
Honey Pot | Soul Vapor E-Liquid
soulvaporejuice.com/product/honey-pot/
ABOUT US
SHOP
FAQ
VAPING NEWS
MUSIC
CONTACT US
LOGIN
CART / $0.00
0
Related
Classic Crush
Classic Menthols
Coven
June 10, 2019
Similar post
Classic Crush
June 10, 2019
Similar post
Classic Menthols
July 11, 2017
With 1 comment
11:43 AM
2/8/2021
2:43 PM
2/8/2021


VMware Horizon
hosted.npc-east.com/portal/webclient/index.html#/desktop
Portland - Rotating | ONLINE
Honey Pot | Soul Vapor E-Liquid
soulvaporejuice.com/product/honey-pot/
ABOUT US
SHOP
FAQ
VAPING NEWS
MUSIC
CONTACT US
LOGIN
CART / $0.00
0
kit
lemon
men's
menthol
mesh
mods
peach
raspberry
refreshing
rich
ripe
salt nic
smok
sour
strawberry
sweet
tank
tees
tobacco
vanilla
watermelon
DISCOVER
BANK
VISA
AMERICAN EXPRESS
CREATE ACCOUNT
WISHLIST
SHIPPING AND RETURNS
TERMS OF USE
PRIVACY POLICY
SECURITY POLICY
Copyright 2021 © Soul Manifest Productions
11:46 AM
2/8/2021
2:46 PM
2/8/2021


VMware Horizon
hosted.npc-east.com/portal/webclient/index.html#/desktop
Portland - Rotating | ONLINE
Peach Rings | Soul Vapor E-Liquid
soulvaporejuice.com/product/peach-rings/
DJ SOUL MANIFEST
HOME / E-LIQUID / CANDY
Peach Rings
$4.00 – $25.00
Peach, Sweet, Sour, Gummy, Candy
CLEAR
Size
33ml
Nicotine
18mg
VG/PG
70VG/30PG (standard/su
11:51 AM
2/8/2021
2:51 PM
2/8/2021


VMware Horizon
hosted.npc-east.com/portal/webclient/index.html#/desktop
Portland - Rotating | ONLINE
Peach Rings | Soul Vapor E-Liquid
soulvaporejuice.com/product/peach-rings/
ABOUT US
SHOP
FAQ
VAPING NEWS
MUSIC
CONTACT US
LOGIN
CART / $0.00
0
VG/PG Ratio
70VG/30PG (standard/su
$10.00
1
ADD TO CART
Add to Wishlist
SKU: N/A
Categories: Candy, E-Liquid
11:52 AM
2/8/2021
2:52 PM
2/8/2021

VMware Horizon

hosted.npc-east.com/portal/webclient/index.html#/desktop

Portland - Rotating | ONLINE

Peach Rings | Soul Vapor E-Liquid

soulvaporejuice.com/product/peach-rings/

ABOUT US SHOP FAQ VAPING NEWS MUSIC CONTACT US LOGIN CART / $0.00 0

DESCRIPTION ADDITIONAL INFORMATION REVIEWS (4)

Product Description

Here by popular demand...**Peach Rings**! This juice bathes your taste buds in sour & sweet sugar, and infuses a vast cornucopia of various peaches in one delicious vape. The smooth, creamy sweetness will keep you coming back for more!

Note: All our juices are Diacetyl, Acetyl Propionyl, and Acetoin free!

Each bottle of Soul Vapor e-juice is manufactured using only 100% Pure USP Grade Propylene Glycol (PG), 100% Pure USP Grade Vegetable Glycerin, quality USP Grade Premium Nicotine, Distilled Water, and 100% PG based Premium Flavoring.

Related

11:53 AM 2/8/2021

2:53 PM 2/8/2021


VMware Horizon
hosted.npc-east.com/portal/webclient/index.html#/desktop
Portland - Rotating | ONLINE
Peach Rings | Soul Vapor E-Liquid
soulvaporejuice.com/product/peach-rings/
ABOUT US
SHOP
FAQ
VAPING NEWS
MUSIC
CONTACT US
LOGIN
CART / $0.00
kit
lemon
men's
menthol
mesh
mods
peach
raspberry
refreshing
rich
ripe
salt nic
smok
sour
strawberry
sweet
tank
tees
tobacco
vanilla
watermelon
CREATE ACCOUNT
WISHLIST
SHIPPING AND RETURNS
TERMS OF USE
PRIVACY POLICY
SECURITY POLICY
Copyright 2021 © Soul Manifest Productions
11:53 AM
2/8/2021
2:53 PM
2/8/2021

# EXHIBIT A

## Elenita Ibarra-Pratt Declaration

## A-6 Ibarra-Pratt Exhibit


VMware Horizon
hosted.npc-east.com/portal/webclient/index.html#/desktop
Portland - Rotating | ONLINE
Homepage | Soul Vapor E-Liquid
soulvaporejuice.com
Create Account | Wishlist | Shipping and Returns | Terms Of Use | Privacy Policy | Security Policy | Newsletter
ABOUT US SHOP FAQ VAPING NEWS MUSIC CONTACT US
LOGIN CART / $0.00 0
RNING: This product contains nicotine. Nicoti
is an addictive chemical.
Soul Vapor eJuice
9:30 AM
2/8/2021
12:30 PM
2/8/2021


VMware Horizon
hosted.npc-east.com/portal/webclient/index.html#/desktop
Portland - Rotating | ONLINE
Homepage | Soul Vapor E-Liquid
soulvaporejuice.com
Soul Vapor eJuice
Vape The Fine
SHOP NOW
c Menthols
Turkish Shisha
Banana Apple Cream
9:31 AM
2/8/2021
12:31 PM
2/8/2021


VMware Horizon
hosted.npc-east.com/portal/webclient/index.html#/desktop
Portland - Rotating | ONLINE
Homepage | Soul Vapor E-Liquid
soulvaporejuice.com
ABOUT US
SHOP
FAQ
VAPING NEWS
MUSIC
CONTACT US
LOGIN
CART / $0.00
0
WARNING: This product contains nicotine. Nicotine is an addictive chemical.
Specializing in producing the best PREMIUM ejuice on the market. Find out why we are rated VAPE Magazine's Most Trusted E-Liquid Brand.
BLOG
In 12 weeks
In 8 hours
In 12 months
In 5 days
In 1 year
ABOUT US
SOUL VAPOR
PREMIUM QUALITY E-JUICE
APPAREL
9:32 AM
2/8/2021
12:32 PM
2/8/2021


VMware Horizon
hosted.npc-east.com/portal/webclient/index.html#/desktop
Portland - Rotating | ONLINE
Homepage | Soul Vapor E-Liquid
soulvaporejuice.com
ABOUT US
SHOP
FAQ
VAPING NEWS
MUSIC
CONTACT US
LOGIN
CART / $0.00
0
FEATURED PRODUCTS
New
NEW!
NEW!
NEW!
9:33 AM
2/8/2021
12:33 PM
2/8/2021


VMware Horizon
hosted.npc-east.com/portal/webclient/index.html#/desktop
Portland - Rotating | ONLINE
Homepage | Soul Vapor E-Liquid
soulvaporejuice.com
ABOUT US
SHOP
FAQ
VAPING NEWS
MUSIC
CONTACT US
LOGIN
CART / $0.00
0
LATEST VAPING NEWS
15 Jun
05 Jun
15 Mar
Not The First Time The FDA Attempts To Destroy Vaping?
9:34 AM 2/8/2021
12:34 PM 2/8/2021


VMware Horizon
hosted.npc-east.com/portal/webclient/index.html#/desktop
Portland - Rotating | ONLINE
Homepage | Soul Vapor E-Liquid
soulvaporejuice.com
ABOUT US
SHOP
FAQ
VAPING NEWS
MUSIC
CONTACT US
LOGIN
CART / $0.00
0
LATEST
Test
$0.02
GeekVape Zeus X Mesh RTA
$37.99
GeekVape Zeus X RTA
$37.99
GeekVape Zeus Sub-Ohm Tank
BEST SELLING
6 Pack Sampler
$15.00
Soul Vapor Vape Bands
$0.50
Blueberry Cheesecake
$4.00 – $25.00
Cotton Candy
FEATURED
PB Cereal
$4.00 – $25.00
Candy Cane
$4.00 – $25.00
Pink Monster
$4.00 – $25.00
Green Monster
TOP RATED
Strawberry Shortcake
$4.00 – $25.00
Classic Menthols
$4.00 – $25.00
Peach Rings
$4.00 – $25.00
9:35 AM
2/8/2021
12:35 PM
2/8/2021


VMware Horizon
hosted.npc-east.com/portal/webclient/index.html#/desktop
Portland - Rotating | ONLINE
Homepage | Soul Vapor E-Liquid
soulvaporejuice.com
ABOUT US
SHOP
FAQ
VAPING NEWS
MUSIC
CONTACT US
LOGIN
CART / $0.00
0
GeekVape Zeus X RTA
$37.99
GeekVape Zeus Sub-Ohm Tank
$36.49
Blueberry Cheesecake
$4.00 – $25.00
Cotton Candy
$4.00 – $25.00
Pink Monster
$4.00 – $25.00
Green Monster
$4.00 – $25.00
Peach Rings
$4.00 – $25.00
TAGS
3pk
apparel
apple
beverages
blueberry
blue raspberry
bubble gum
cake
candy
caramel
9:36 AM
2/8/2021
12:36 PM
2/8/2021


VMware Horizon
hosted.npc-east.com/portal/webclient/index.html#/desktop
Portland - Rotating | ONLINE
Homepage | Soul Vapor E-Liquid
soulvaporejuice.com
ABOUT US
SHOP
FAQ
VAPING NEWS
MUSIC
CONTACT US
LOGIN
CART / $0.00
0
kit lemon men's menthol
mesh mods peach raspberry
refreshing rich ripe salt nic
smok sour strawberry sweet
tank tees tobacco vanilla
watermelon
DISCOVER
BANK
VISA
CREATE ACCOUNT WISHLIST SHIPPING AND RETURNS TERMS OF USE PRIVACY POLICY SECURITY POLICY
Copyright 2021 © Soul Manifest Productions
9:37 AM
2/8/2021
12:37 PM
2/8/2021


VMware Horizon
hosted.npc-east.com/portal/webclient/index.html#/desktop
Portland - Rotating | ONLINE
Contact Us | Soul Vapor E-Liquid
soulvaporejuice.com/contact-us/
ABOUT US
SHOP
FAQ
VAPING NEWS
MUSIC
CONTACT US
LOGIN
CART / $0.00
0
Map data ©2021
Terms of Use
Come and check out our NEW Storefront and sample our 75+ flavors!
Call Us: (304)913-4016 / (304)320-6019
604 Thorn St. Princeton, WV, 24740 United States (across from the Sign Shop)
Store Hours:
Mon-Sun: 9am-11pm
Send Us A Message:
Fields marked with an * are required
Name *
Email *
Message *
9:41 AM
2/8/2021
12:41 PM
2/8/2021

ABOUT US SHOP FAQ VAPING NEWS MUSIC CONTACT US LOGIN CART / $0.00 0

# SHIPPING & RETURNS

## SHIPPING POLICY:

**Turnaround**

All orders are processed and shipped within 24 hours Monday – Friday between 9am – 2pm EST. We do not process or ship orders on Saturday, Sunday or Major U.S. Holidays. We ship to all 50 States in the U.S, Puerto Rico, Guam, U.S Virgin Islands, APO / FPO addresses, and internationally. We accept Visa, Master Card, American Express, Discover cards, and PayPal. All U.S. orders over $75.00 (before tax) qualify for FREE shipping!

All orders are shipped from: 816 Highland Ave #5 Princeton, WV 24740.

**Please note:** Orders of $300 or more will be shipped to the card holder's verified billing address. If we are unable to verify this address, the order will be cancelled without notice. Orders of $150 or more are shipped with signature confirmation (Someone must be available to sign for the package).

## CARRIERS:

We use USPS to deliver our packages:

Estimated Transit Times:

U.S. Postal Service

USPS Frst Class Mail 2-4 Business days* in transit

USPS Priority Mail 1-3 Business days* in transit

USPS Priority Mail Express 1-2 Business* day* in transit

APO/FPO: For orders shipped to military addresses, the shipment can take up to 14 days in transit.

*These estimated transit times refer to the time it takes the package to reach it's destination once it has been shipped. They do not include our processing time.

## ORDER TRACKING:

Once your order has been shipped, a confirmation email will be sent with the tracking number to the email address registered to your account.

## SHIPPING RATES:

The rate charged for the shipping of your order is based on the weight of the products ordered, and your location. Before the final checkout page you will be shown what the cost of shipping will be for your order. Handling is included within the shipping cost.

This map is a general representation of USPS Ground Transit Times in business days.






## BACK ORDERS:

If an item goes on backorder we will ship you the part of your order that is in stock. When the item becomes available we will ship it out immediately. You will not be charged any additional shipping and handling for the second shipment. Backorder statuses may vary and you will be fully informed of the status and when the item is back in stock, and you are welcome to cancel that portion of your order and be refunded for said item(s).

## CANCELLATIONS:

Please submit any cancellation request via email to soulvaporejuice@gmail.com. Once the order has been shipped, we will NOT be able to cancel your order.

## INCOMPLETE or INCORRECT ADDRESS SUBMISSIONS:

Please review your shipping address carefully when placing an order. Errors in the shipping address will cause delays in transit times or returned orders. We will not re-ship the order until it is returned to us by the carrier and the customer has paid for the cost to re-ship the order.

We reserve the right to cancel your order without notice within 10 business days of the first attempt to contact you if there is an issue with your address. You will be fully refunded for the total purchase amount of your order and shipping cost.

## eLIQUID RETURN POLICY:

Due to personal tastes and preferences of each eLiquid, we are unable to offer returns, refunds or exchanges regardless of the situation. All liquid purchases of any kind are final. This includes samples and eLiquids of any size.

## FULFILLMENT ERRORS:

Requests to correct fulfillment mistakes that are made by Soul Vapor resulting in your receipt of incorrect or missing items in your order will be accepted for 48 hours after the receipt of your order.

Requests for missing or incorrect items will not be accepted after 3 days from the date you have received your order.

Please inspect your order immediately upon receipt and if you feel there is an error please submit an email to us soulvaporejuice@gmail.com .

## RETURNED PACKAGES:

Any packages that are returned to us for any reason will be held for 10 days and then discarded. This includes orders that were returned due to an undeliverable address, refused packages, packages that were not picked up, etc. The package may be re-shipped upon request, but will require payment of a second shipping charge to cover the cost of re-shipment. We can also provide a store credit for products included in your Returned Package, but we cannot refund or credit any eLiquid.

## EXCHANGES:

We only replace items if they are a fulfillment error on our part or found to be damaged upon receipt.

**Address for Returns:**

Soul Vapor

Attn: Returns

816 Highland Ave. #5

Princeton, WV 24740
E-Liquids

Products that Contain Nicotine must have the following warning:

WARNING: Use of this product will expose you to nicotine, a chemical known to the State of California to cause birth defects or other reproductive harm.

LATEST BEST SELLING FEATURED TOP RATED


GeekVape Zeus X Mesh RTA
$37.99


GeekVape Zeus X RTA
$37.99


GeekVape Zeus Sub-Ohm Tank
$36.49


Smok Mag P3 Mini Kit
$88.99


6 Pack Sampler
$15.00


Soul Vapor Vape Bands
$0.50


Blueberry Cheesecake
$4.00 – $25.00


Cotton Candy
$4.00 – $25.00


PB Cereal
$4.00 – $25.00


Candy Cane
$4.00 – $25.00


Pink Monster
$4.00 – $25.00


Green Monster
$4.00 – $25.00


Strawberry Shortcake
$4.00 – $25.00


Classic Menthols
$4.00 – $25.00


Peach Rings
$4.00 – $25.00

**TAGS**

3pk apparel apple beverages
raspberry refreshing rich ripe
salt nic smok sour strawberry
sweet tank tees tobacco
vanilla watermelon

CREATE ACCOUNT WISHLIST SHIPPING AND RETURNS TERMS OF USE PRIVACY POLICY SECURITY POLICY

Copyright 2021 © **Soul Manifest Productions**

# EXHIBIT A

## Elenita Ibarra-Pratt Declaration

## A-7 Ibarra-Pratt Exhibit


VMware Horizon
hosted.npc-east.com/portal/webclient/index.html#/desktop
Portland - Rotating | ONLINE
Cart | Soul Vapor E-Liquid
soulvaporejuice.com/cart/
Create Account
Wishlist
Shipping and Returns
Terms Of Use
Privacy Policy
Security Policy
Newsletter
ABOUT US
SHOP
FAQ
VAPING NEWS
MUSIC
CONTACT US
LOGIN
CART / $20.00
2
SHOPPING CART
CHECKOUT DETAILS
ORDER COMPLETE
PRODUCT
PRICE
QUANTITY
SUBTOTAL
CART TOTALS
Peach Rings
SIZE: 33ML NICOTINE: 18MG VG/PG RATIO: 70VG/30PG (STANDARD/SUB OHM TANKS)
$10.00
1
$10.00
Honey Pot
Subtotal
$20.00
Shipping
Calculate shipping
Tax
$0.00
Total
$20.00
11:56 AM
2/8/2021
2:56 PM
2/8/2021


VMware Horizon
hosted.npc-east.com/portal/webclient/index.html#/desktop
Portland - Rotating | ONLINE
Cart | Soul Vapor E-Liquid
soulvaporejuice.com/cart/
ABOUT US
SHOP
FAQ
VAPING NEWS
MUSIC
CONTACT US
LOGIN
CART / $20.00
2
Honey Pot
SIZE: 33ML NICOTINE: 18MG
VG/PG RATIO:
70VG/30PG (STANDARD/SUB OHM TANKS)
$10.00
1
$10.00
Total
$20.00
PROCEED TO CHECKOUT
Coupon
Coupon code
Apply coupon
← CONTINUE SHOPPING
UPDATE CART
LATEST
BEST SELLING
FEATURED
TOP RATED
11:57 AM
2/8/2021
2:57 PM
2/8/2021



VMware Horizon

hosted.npc-east.com/portal/webclient/index.html#/desktop

Portland - Rotating | ONLINE

Payment Form

secure2.authorize.net/gateway/transact.dll

**Order Information** * Required Fields

Invoice Number: 40231

**Description:**

**Total: $24.12 (USD)**

**Payment Information**

Card Number: * (enter number without spaces or dashes)

Expiration Date: * (mmyy)

**Billing Information**

Customer ID:

First Name: [redacted] Last Name: [redacted]

12:07 PM 2/8/2021

3:07 PM 2/8/2021



VMware Horizon

hosted.npc-east.com/portal/webclient/index.html#/desktop

Portland - Rotating | ONLINE

Payment Form

secure2.authorize.net/gateway/transact.dll

First Name: [redacted] Last Name: [redacted]

Company:

Address: [redacted]

City: Annapolis

State/Province: MD Zip/Postal Code: 21401

Country: US

Email: [redacted]

Phone: [redacted]

Fax:

**Shipping Information**

Copy Billing Information to Shipping Information

First Name: [redacted] Last Name: [redacted]

Company:

Address: [redacted]

12:07 PM 2/8/2021

3:07 PM 2/8/2021


VMware Horizon

hosted.npc-east.com/portal/webclient/index.html#/desktop

Portland - Rotating | ONLINE

Payment Form

secure2.authorize.net/gateway/transact.dll

Email: [redacted]

Phone: [redacted]

Fax:

**Shipping Information**

Copy Billing Information to Shipping Information

First Name: [redacted] Last Name: [redacted]

Company:

Address: [redacted]

City: Annapolis

State/Province: MD Zip/Postal Code: 21401

Country: US

Pay Now Cancel Payment

12:08 PM 2/8/2021

3:08 PM 2/8/2021


VMware Horizon
hosted.npc-east.com/portal/webclient/index.html#/desktop
Portland - Rotating | ONLINE
Checkout | Soul Vapor E-Liquid
soulvaporejuice.com/checkout/
ABOUT US
SHOP
FAQ
VAPING NEWS
MUSIC
CONTACT US
LOGIN
CART / $20.00
2
BILLING DETAILS
First name *
[redacted]
Last name *
[redacted]
Company name (optional)
Country / Region *
United States (US)
Street address *
YOUR ORDER
PRODUCT
SUBTOTAL
Peach Rings × 1
SIZE: 33ML NICOTINE: 18MG
VG/PG RATIO:
70VG/30PG (STANDARD/SUB OHM TANKS)
$10.00
Honey Pot × 1
SIZE: 33ML NICOTINE: 18MG
VG/PG RATIO:
70VG/30PG (STANDARD/SUB OHM TANKS)
$10.00
Subtotal
$20.00
Shipping
12:03 PM
2/8/2021
3:03 PM
2/8/2021


VMware Horizon
hosted.npc-east.com/portal/webclient/index.html#/desktop
Portland - Rotating | ONLINE
Checkout | Soul Vapor E-Liquid
soulvaporejuice.com/checkout/
Soul Vapor
ABOUT US SHOP FAQ VAPING NEWS MUSIC CONTACT US
LOGIN CART / $20.00 2
Street address *
[redacted]
Apartment, suite, unit, etc. (optional)
Town / City *
Annapolis
State *
Maryland
ZIP *
21401
Phone *
Shipping
First Class Mail: $4.12
Priority Flat Rate (1-2 days): $7.25
Tax $0.00
Total $24.12
Authorize.net Authorize.Net
a CyberSource solution
Pay securely by Credit or Debit Card through Authorize.net Secure Servers.
I have read and agree to the website terms and conditions *
PLACE ORDER
12:04 PM
2/8/2021
3:04 PM
2/8/2021

# EXHIBIT A

## Elenita Ibarra-Pratt Declaration

## A-8 Ibarra-Pratt Exhibit

CentralOps.net Advanced online Internet utilities a service of :Hexillion
Utilities About



## Domain Dossier Investigate domains and IP addresses

domain or IP address soulvaporejuice.com

☑ domain whois record ☑ DNS records ☐ traceroute
☑ network whois record ☐ service scan go

user: anonymous [150.148.14.134]
balance: 49 units
log in | account info

Do you see Whois records that are missing contact information?
Read about reduced Whois data due to the GDPR.

## Address lookup

canonical name **soulvaporejuice.com.**
aliases
addresses **192.185.41.226**

## Domain Whois record

Queried **whois.internic.net** with "**dom soulvaporejuice.com**"...

```
   Domain Name: SOULVAPOREJUICE.COM
   Registry Domain ID: 2136340450_DOMAIN_COM-VRSN
   Registrar WHOIS Server: whois.launchpad.com
   Registrar URL: http://www.launchpad.com
   Updated Date: 2020-06-07T04:54:05Z
   Creation Date: 2017-06-22T22:47:27Z
   Registry Expiry Date: 2021-06-22T22:47:27Z
   Registrar: Launchpad.com Inc.
   Registrar IANA ID: 955
   Registrar Abuse Contact Email: compliance@domain-inc.net
   Registrar Abuse Contact Phone: 602-226-2389
   Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
   Name Server: NS8217.HOSTGATOR.COM
   Name Server: NS8218.HOSTGATOR.COM
   DNSSEC: unsigned
   URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of whois database: 2021-02-08T17:50:59Z <<<
```

Queried **whois.launchpad.com** with "**soulvaporejuice.com**"...

```
Domain Name: SOULVAPOREJUICE.COM
Registry Domain ID: 2136340450_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.launchpad.com
Registrar URL: LaunchPad.com
Updated Date: 2020-06-07T04:54:06Z
Creation Date: 2017-06-22T22:47:27Z
Registrar Registration Expiration Date: 2021-06-22T22:47:27Z
Registrar: Launchpad, Inc. (HostGator)
Registrar IANA ID: 955
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Aurelius Jeffrey
Registrant Organization: Soul Vapor
Registrant Street: 816 Highland Ave. Apt. 5
Registrant City: Princeton
Registrant State/Province: WV
Registrant Postal Code: 24740
Registrant Country: US
Registrant Phone: +1.8435970900
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: aureliusjeffrey@yahoo.com
Registry Admin ID: Not Available From Registry
Admin Name: Aurelius Jeffrey
Admin Organization: Soul Vapor
Admin Street: 816 Highland Ave. Apt. 5
Admin City: Princeton
Admin State/Province: WV
Admin Postal Code: 24740
Admin Country: US
Admin Phone: +1.8435970900
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: aureliusjeffrey@yahoo.com
Registry Tech ID: Not Available From Registry
Tech Name: Aurelius Jeffrey
Tech Organization: Soul Vapor
Tech Street: 816 Highland Ave. Apt. 5
Tech City: Princeton
Tech State/Province: WV
Tech Postal Code: 24740
Tech Country: US
Tech Phone: +1.8435970900
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: aureliusjeffrey@yahoo.com
Name Server: ns8217.hostgator.com
Name Server: ns8218.hostgator.com
DNSSEC: Unsigned
```

```
Registrar Abuse Contact Email: abuse@websitewelcome.com
Registrar Abuse Contact Phone: +1.713-574-5287
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2021-02-08T17:51:07Z <<<
```

## Network Whois record

Queried **rwhois.websitewelcome.com** with "**192.185.41.226**"...

```
%rwhois V-1.5:003eff:00 rwhois.websitewelcome.com (by Network Solutions, Inc. V-1.5.9.5)
%referral rwhois://root.rwhois.net:4321/auth-area=.
%ok
```

Queried **whois.arin.net** with "**n 192.185.41.226**"...

```
NetRange:       192.185.0.0 - 192.185.255.255
CIDR:           192.185.0.0/16
NetName:        HGBLOCK-10
NetHandle:      NET-192-185-0-0-1
Parent:         NET192 (NET-192-0-0-0-0)
NetType:        Direct Allocation
OriginAS:
Organization:   WEBSITEWELCOME.COM (BO)
RegDate:        2013-07-22
Updated:        2013-07-22
Ref:            https://rdap.arin.net/registry/ip/192.185.0.0


OrgName:        WEBSITEWELCOME.COM
OrgId:          BO
Address:        10 Corporate Drive
City:           Burlington
StateProv:      MA
PostalCode:     01803
Country:        US
RegDate:        2011-02-16
Updated:        2020-01-31
Ref:            https://rdap.arin.net/registry/entity/BO

ReferralServer:  rwhois://rwhois.websitewelcome.com:4321

OrgTechHandle: ENO74-ARIN
OrgTechName:   EIG Network Operations
OrgTechPhone:  +1-781-852-3200
OrgTechEmail:  eig-noc@endurance.com
OrgTechRef:    https://rdap.arin.net/registry/entity/ENO74-ARIN

OrgNOCHandle: ENO74-ARIN
OrgNOCName:   EIG Network Operations
OrgNOCPhone:  +1-781-852-3200
OrgNOCEmail:  eig-noc@endurance.com
OrgNOCRef:    https://rdap.arin.net/registry/entity/ENO74-ARIN

OrgAbuseHandle: ABUSE3580-ARIN
OrgAbuseName:   Abuse Department
OrgAbusePhone:  +1-713-574-5287
OrgAbuseEmail:  abuse@hostgator.com
OrgAbuseRef:    https://rdap.arin.net/registry/entity/ABUSE3580-ARIN
```

## DNS records

| name | class | type | data | time to live |
|---|---|---|---|---|
| soulvaporejuice.com | IN | TXT | google-site-verification=8B1VgRUonHvJhYljfOPEKrVNy3uHjyKieu5DLx1LUBA | 14400s (04:00:00) |
| soulvaporejuice.com | IN | TXT | v=spf1 a mx include:websitewelcome.com ~all | 14400s (04:00:00) |
| soulvaporejuice.com | IN | MX | preference: 0<br>exchange: mail.soulvaporejuice.com | 14400s (04:00:00) |
| soulvaporejuice.com | IN | SOA | server: ns8217.hostgator.com<br>email: dnsadmin@gator4109.hostgator.com<br>serial: 2018071702<br>refresh: 86400<br>retry: 7200<br>expire: 3600000<br>minimum ttl: 86400 | 86400s (1.00:00:00) |
| soulvaporejuice.com | IN | NS | ns8218.hostgator.com | 86400s (1.00:00:00) |
| soulvaporejuice.com | IN | NS | ns8217.hostgator.com | 86400s (1.00:00:00) |
| soulvaporejuice.com | IN | A | 192.185.41.226 | 14400s (04:00:00) |
| 226.41.185.192.in-addr.arpa | IN | HINFO | CPU: RFC8482<br>OS: | 3789s (01:03:09) |
| 41.185.192.in-addr.arpa | IN | HINFO | CPU: RFC8482<br>OS: | 3789s (01:03:09) |
| 41.185.192.in-addr.arpa | IN | NS | ns2.unifiedlayer.com | 86400s (1.00:00:00) |
| 41.185.192.in-addr.arpa | IN | NS | ns1.unifiedlayer.com | 86400s (1.00:00:00) |

-- end --

URL for this output | return to CentralOps.net, a service of Hexillion

# EXHIBIT A

## Elenita Ibarra-Pratt Declaration

## A-9 Ibarra-Pratt Exhibit

CENTER FOR TOBACCO PRODUCTS

May 21, 2021

**VIA UPS and Electronic Mail**

Soul Vapor
Attn: Aurelius Jeffrey
604 Thorn St.
Princeton, WV 24740
soulvaporejuice@gmail.com
aureliusjeffrey@yahoo.com

**WARNING LETTER**

Dear Aurelius Jeffery:

The Center for Tobacco Products of the U.S. Food and Drug Administration (FDA) recently reviewed the website https://www.soulvaporejuice.com and determined that the e-liquid products listed there are manufactured and offered for sale or distribution to customers in the United States.

Under section 201(rr) of the Federal Food, Drug, and Cosmetic Act (FD&C Act) (21 U.S.C. § 321(rr)), these products are tobacco products because they are made or derived from tobacco and intended for human consumption. Certain tobacco products, including e-liquids, are subject to FDA jurisdiction under section 901(b) of the FD&C Act (21 U.S.C. § 387a(b)) and 21 C.F.R. § 1100.1. Therefore, e-liquids are required to be in compliance with the requirements in the FD&C Act.

Please be aware that, effective August 8, 2016, FDA deemed additional products meeting the definition of a tobacco product, except accessories to these newly deemed products, to be subject to regulation under the FD&C Act. These products include, but are not limited to, ENDS (including e-cigarettes and e-liquids), cigars, and pipe tobacco. *See* Final Rule, Deeming Tobacco Products To Be Subject to the Federal Food, Drug, and Cosmetic Act, as Amended by the Family Smoking Prevention and Tobacco Control Act; Restrictions on the Sale and Distribution of Tobacco Products and Required Warning Statements for Tobacco Products, 81 Fed. Reg. 28,974 (May 10, 2016), available at https://federalregister.gov/a/2016-10685.

Generally, to be legally marketed in the United States, the FD&C Act requires "new tobacco products" to have a premarket authorization order in effect. A "new tobacco product" is any tobacco product that was not commercially marketed in the United States as of February 15, 2007, or any modified tobacco product that was commercially marketed after February 15, 2007 (section 910(a) of the FD&C Act; 21 U.S.C. § 387j(a)). Generally, a marketing authorization order under section 910(c)(1)(A)(i) of the FD&C Act (21 U.S.C. § 387j(c)(1)(A)(i)) is required for a new tobacco product unless (1) the manufacturer of the product submitted a report under section 905(j) of the FD&C Act (21 U.S.C. § 387e(j)) and FDA issues an order finding the product substantially equivalent to a predicate tobacco product (section 910(a)(2)(A) of the FD&C Act) or (2) the manufacturer submitted a report under section 905(j)(1)(A)(ii) of the FD&C Act (21 U.S.C. § 387e(j)(1)(A)(ii)) and all modifications are covered by exemptions from the requirements of substantial equivalence granted by FDA under section 905(j)(3) of the FD&C Act (21 U.S.C. § 387e(j)(3)).

**New Tobacco Products Without Required Marketing Authorization are Adulterated and Misbranded**

Our review of https://www.soulvaporejuice.com revealed that you manufacture and offer for sale or distribution to customers in the United States e-liquid products without a marketing authorization order including: Soul Vapor Honey Pot and Soul Vapor Peach Rings.

The e-liquid listed above are new tobacco products because they were not commercially marketed in the United States as of February 15, 2007. These products do not have an FDA marketing authorization order in effect under section 910(c)(1)(A)(i) of the FD&C Act and are not otherwise exempt from the marketing authorization requirement. Therefore, these products are adulterated under section 902(6)(A) of the FD&C Act. In addition, these products are misbranded under section 903(a)(6) of the FD&C Act because a notice or other information respecting these products was not provided as required by section 905(j) of the FD&C Act.

**Conclusion and Requested Actions**

Your firm is a registered manufacturer with over 2,100 products listed with FDA. It is your responsibility to ensure that your tobacco products and all related labeling and/or advertising on this website, on any other websites (including e-commerce, social networking, or search engine websites), in any other media in which you advertise, and in any retail establishments comply with each applicable provision of the FD&C Act and FDA's implementing regulations. Failure to address any violations of the FD&C Act, 21 U.S.C. § 301 et seq., Chapter IX, relating to tobacco products including the tobacco regulations in 21 C.F.R. Parts 1140, 1141, and 1143, may lead to regulatory action, including, but not limited to, civil money penalties, seizure, and/or injunction. However, this Warning Letter does not constitute "written notice" for purposes of section 303(f)(9)(B)(i)(II) of the FD&C Act. Please note that tobacco products offered for import into the United States that appear to be adulterated or misbranded may be detained or refused admission.

The violations discussed in this letter do not necessarily constitute an exhaustive list. You should address any violations that are referenced above, as well as violations that are the same as or similar to those stated above, and promptly take any necessary actions to bring your tobacco products into compliance with the FD&C Act.

Please submit a written response to this letter within 15 working days from the date of receipt describing your actions to address any violations and bring your products into compliance, including the dates on which you discontinued the violative labeling, advertising, sale, and/or distribution of these tobacco products and your plan for maintaining compliance with the FD&C Act. If you believe that your products are not in violation of the FD&C Act, include your reasoning and any supporting information for our consideration. This letter notifies you of our findings and provides you with an opportunity to address them. You can find the FD&C Act through links on FDA's homepage at http://www.fda.gov.

Please note your reference number, RW2101604, in your response and direct your response via email at CTPCompliance@fda.hhs.gov and to the following address:

DPAL-WL Response, Office of Compliance and Enforcement
FDA Center for Tobacco Products
c/o Document Control Center
Building 71, Room G335
10903 New Hampshire Avenue
Silver Spring, MD 20993-0002

If you have any questions about the content of this letter, please contact Ele Ibarra-Pratt at (301) 796-9235 or via email at CTPCompliance@fda.hhs.gov.

Sincerely,

Ann Simoneau, J.D.
Director
Office of Compliance and Enforcement
Center for Tobacco Products

**VIA UPS and Electronic Mail**

cc:

Soul Vapor
Attn: Aurelius Jeffrey
816 Highland Ave. #5
Princeton, WV 24740

Launchpad.com Inc.
compliance@domain-inc.net

HostGator
abuse@hostgator.com

1

# EXHIBIT A

## Elenita Ibarra-Pratt Declaration

## A-10 Ibarra-Pratt Exhibit

**From:** Soul Vapor eJuice
**To:** CTP Office of Compliance
**Subject:** [EXTERNAL] RW2101604
**Date:** Tuesday, June 8, 2021 1:30:40 PM

---

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello,
I am writing you in regards to a warning letter we received on May 21st for our company Soul Vapor. I just spoke with your office today regarding the letter and am writing to let you know what our plan of action is. I will have our team work on having the payment gateway removed from our website, soulvaporejuice.com, by the end of the week. As for the product in our vape shop, I will have the product removed from our shelves and put in it our stock room by the end of the week as well. Now that I have some clarification on the PMTA process itself I will work on filing our products with the FDA as soon as possible. I will read up on the FDA website and contact you if I have any questions. Thank you for your time during the conference call.

Sincerely,
Aurelius Jeffrey
Owner, Soul Vapor
(304)320-6019
soulvaporejuice@gmail.com

Vape the FINE