## Fw: [EXTERNAL] Re: (FDA) Center for Tobacco Products (CTP) Warning Letter - Soul Vapor

Soul Vapor eJuice <soulvaporejuice@gmail.com>
Sun 11/13/2022 3:29 PM

To: Jerad Najvar <jerad@najvarlaw.com>

Showing I responded to warning letter

### Soul Vapor

604 Thorn St. FRNT Princeton, WV 24740
(304) 320-6019
Whatsapp+1 (304) 320-6019
social media: @soulvaporejuice
soulvaporejuice@gmail.com
soulvaporejuice.com

----- Forwarded Message -----
**From:** Soul Vapor eJuice <soulvaporejuice@gmail.com>
**To:** Miletich, Nicholas <Nicholas.Miletich@fda.hhs.gov>
**Sent:** Friday, July 16, 2021 at 02:10:14 PM EDT
**Subject:** Re: [EXTERNAL] Re: (FDA) Center for Tobacco Products (CTP) Warning Letter - Soul Vapor

Hello Mr. Miletich,

I spoke with you about the warning letter I received a while ago and we had a conference call about the issue. You had asked that I send you an email stating what my solution was going to be to remedy the things in the warning letter. I've enclosed the letter that I emailed to you a while back below. I am currently working on finding a credit card processor for our shop and they are requiring a letter from you stating that the issue with the warning letter was resolved. I sent them a copy of the letter I sent you below but they still need something from you stating the issue was resolved. Can you please shoot me something I can send them?

Thank you,
Aurelius Jeffrey
Soul Vapor

----- Forwarded Message -----
**From:** Soul Vapor eJuice <soulvaporejuice@gmail.com>
**To:** CTP Office of Compliance <ctpcompliance@fda.hhs.gov>
**Sent:** Tuesday, June 8, 2021, 01:28:44 PM EDT
**Subject:** RW2101604

Hello,
I am writing you in regards to a warning letter we received on May 21st for our company Soul Vapor. I just spoke with your office today regarding the letter and am writing to let you know what our plan of action is.
I will have our team work on having the payment gateway removed from our website, soulvaporejuice.com, by the end of the week. As for the product in our vape shop, I will have the product removed from our shelves and put in it our stock room by the end of the week as well. Now that I have some clarification on the PMTA process itself I will work on filing our products with the FDA as soon as possible. I will read up on the FDA website and contact you if I have any questions. Thank you for your time during the conference call.

Sincerely,
Aurelius Jeffrey
Owner, Soul Vapor
(304)320-6019
soulvaporejuice@gmail.com

> Vape the FINE

Vape the FINE

On Tuesday, June 8, 2021, 08:28:33 AM EDT, Miletich, Nicholas <nicholas.miletich@fda.hhs.gov> wrote:

The meeting is scheduled for 12pm today June 8, 2021. See you at 12pm via WEBEX link.

V/r,

Nick Miletich

**Center for Tobacco Products**

**Office of Compliance and Enforcement**

**U.S. Food and Drug Administration**

Tel: 443-926-6565

nicholas.miletich@fda.hhs.gov





---

**From:** Soul Vapor eJuice <soulvaporejuice@gmail.com>
**Sent:** Monday, June 7, 2021 8:35 PM
**To:** Miletich, Nicholas <Nicholas.Miletich@fda.hhs.gov>
**Subject:** Re: [EXTERNAL] Re: (FDA) Center for Tobacco Products (CTP) Warning Letter - Soul Vapor

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Sorry, I didn't get this message till now. Can we reschedule for tomorrow the 8th, anytime between 12pm-4?

Thanks, Aurelius Jeffrey

Vape the FINE

On Monday, June 7, 2021, 10:30:51 AM EDT, Miletich, Nicholas <nicholas.miletich@fda.hhs.gov> wrote:

Mr. Jeffery,

We will schedule a meeting for tomorrow June 7, 2021 at 12pm. Details of the meeting will be sent later on today.

V/r,

Nick Miletich

**Center for Tobacco Products**

**Office of Compliance and Enforcement**

**U.S. Food and Drug Administration**

Tel: 443-926-6565

nicholas.miletich@fda.hhs.gov





---

**From:** Soul Vapor eJuice <soulvaporejuice@gmail.com>
**Sent:** Friday, June 4, 2021 3:00 PM
**To:** Miletich, Nicholas <Nicholas.Miletich@fda.hhs.gov>
**Subject:** [EXTERNAL] Re: (FDA) Center for Tobacco Products (CTP) Warning Letter - Soul Vapor

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Mr. Miletich

I am available Tuesdays from 9a-4p, Wednesdays after 3pm, and Fridays after 4pm.

Thank you,

Aurelius Jeffrey

Vape the FINE

On Friday, June 4, 2021, 01:29:51 PM EDT, Miletich, Nicholas <nicholas.miletich@fda.hhs.gov> wrote:

Dear Mr. Jeffery,

On May 21, 2021, the United States Food and Drug Administration's (FDA) Center for Tobacco Products (CTP) issued Soul Vapor a Warning Letter. We would like to schedule a call with you to discuss the Warning Letter. Please provide FDA with the earliest dates and times (EST) that you could be available for this teleconference.

Sincerely,

Nick Miletich

**Center for Tobacco Products**

**Office of Compliance and Enforcement**

**U.S. Food and Drug Administration**

Tel: 443-926-6565

nicholas.miletich@fda.hhs.gov



