## Fw: [EXTERNAL] Re: (FDA) Center for Tobacco Products (CTP) Warning Letter - Soul Vapor

Soul Vapor eJuice <soulvaporejuice@gmail.com>
Sun 11/13/2022 3:29 PM

To: Jerad Najvar <jerad@najvarlaw.com>

Showing I responded to warning letter

### Soul Vapor
604 Thorn St. FRNT Princeton, WV 24740
(304) 320-6019
Whatsapp+1 (304) 320-6019
social media: @soulvaporejuice
soulvaporejuice@gmail.com
soulvaporejuice.com


----- Forwarded Message -----
**From:** Soul Vapor eJuice <soulvaporejuice@gmail.com>
**To:** Miletich, Nicholas <Nicholas.Miletich@fda.hhs.gov>
**Sent:** Friday, July 16, 2021 at 02:10:14 PM EDT
**Subject:** Re: [EXTERNAL] Re: (FDA) Center for Tobacco Products (CTP) Warning Letter - Soul Vapor

Hello Mr. Miletich,

I spoke with you about the warning letter I received a while ago and we had a conference call about the issue. You had asked that I send you an email stating what my solution was going to be to remedy the things in the warning letter. I've enclosed the letter that I emailed to you a while back below. I am currently working on finding a credit card processor for our shop and they are requiring a letter from you stating that the issue with the warning letter was resolved. I sent them a copy of the letter I sent you below but they still need something from you stating the issue was resolved. Can you please shoot me something I can send them?

Thank you,
Aurelius Jeffrey
Soul Vapor

> ----- Forwarded Message -----
> **From:** Soul Vapor eJuice <soulvaporejuice@gmail.com>
> **To:** CTP Office of Compliance <ctpcompliance@fda.hhs.gov>
> **Sent:** Tuesday, June 8, 2021, 01:28:44 PM EDT
> **Subject:** RW2101604
>
> Hello,
> I am writing you in regards to a warning letter we received on May 21st for our company Soul Vapor. I just spoke with your office today regarding the letter and am writing to let you know what our plan of action is.
> I will have our team work on having the payment gateway removed from our website, soulvaporejuice.com, by the end of the week. As for the product in our vape shop, I will have the product removed from our shelves and put in it our stock room by the end of the week as well. Now that I have some clarification on the PMTA process itself I will work on filing our products with the FDA as soon as possible. I will read up on the FDA website and contact you if I have any questions. Thank you for your time during the conference call.
>
>
> Sincerely,
> Aurelius Jeffrey
> Owner, Soul Vapor
> (304)320-6019
> soulvaporejuice@gmail.com

Case 1:22-cv-00458   Document 26-3   Filed 03/16/23   Page 2 of 2 PageID #: 323

## Fw: Soul Vapor Warning Letter

Soul Vapor eJuice <soulvaporejuice@gmail.com>
Sun 11/13/2022 3:31 PM

To: Jerad Najvar <jerad@najvarlaw.com>

This is the letter I sent to the compliance dept

# Soul Vapor

604 Thorn St. FRNT Princeton, WV 24740
(304) 320-6019
Whatsapp+1 (304) 320-6019
social media: @soulvaporejuice
soulvaporejuice@gmail.com
soulvaporejuice.com


----- Forwarded Message -----
**From:** Soul Vapor eJuice <soulvaporejuice@gmail.com>
**To:** ctpcompliance@fda.hhs.gov <ctpcompliance@fda.hhs.gov>
**Sent:** Tuesday, July 20, 2021 at 05:30:34 PM EDT
**Subject:** Soul Vapor Warning Letter

To Whom It May Concern,

As per our teleconference today, 7/20/21, I have made changes to our website, soulvaporejuice.com, to make our customers aware that our ejuice is no longer being manufactured as is no longer available for purchase. We have resolved the concerns you have referenced in both the warning letter and the teleconferences. We therefore ask that you mark our case as resolved and please issue us a letter stating that our case has been resolved. If you have any further questions or concerns please contact me.
Thanks for your time and assistance in helping us to resolve our case.

Sincerely,
Aurelius Jeffrey
Owner, Soul Vapor
304-320-6019

Vape the FINE