UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § <br> Plaintiff, § <br> § <br> § <br> v. § <br> § <br> SOUL VAPOR, LLC, a corporation, § <br> and AURELIUS JEFFREY, an § <br> individual, § <br> Defendants. § | Civil Case No. 1:22-CV-00458 |

**VERIFICATION OF ATTORNEY JERAD NAJVAR**

I, Jerad Najvar, declare as follows:

1. I am counsel of record for Defendants in this case.

2. I am familiar with the issues and actions in this matter and verify the statements concerning discovery as contained in Section IV of the Defendants' response to Plaintiff's motion for summary judgment and motion for stay of discovery.

3. Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the factual statements in this Verified Complaint concerning myself, my activities, and my intentions are true and correct.

4. If called upon to testify I would testify competently as to matters stated herein.  Executed on March 16, 2023, in Harris County, Texas.

*/s/ Jerad Najvar*

Jerad Najvar